**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF NEW YORK

Case number *(if known)* _____    Chapter    11

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy          4/16

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**
**For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | Folts Home |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 15-0532183 |

4.    **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 104 North Washington Street<br>Herkimer, NY 13350 | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| Herkimer | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | foltscenterhomes.com |

6.    **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

| Debtor | Folts Home | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**7. Describe debtor's business**

A. *Check one:*

☒ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

6231

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No.

☐ Yes.

| | District _____ | When _____ | Case number _____ |
|---|---|---|---|
| | District _____ | When _____ | Case number _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☐ No

☒ Yes.

| | Debtor | Folts Adult Home, Inc. | Relationship | Affiliate |
|---|---|---|---|---|
| | District | Northern District of New York | When 2/16/17 | Case number, if known _____ |

Debtor    Folts Home
         Name                                                      Case number (*if known*)

**11. Why is the case filed in this district?**  *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                          Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____
        Contact name _____
        Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**  .  *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☐ 50-99
☐ 100-199
■ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
■ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
■ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

| Debtor | Folts Home | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    February 16, 2017
                MM / DD / YYYY

**X** /s/ Dr. Anthony E. Piana                                Dr. Anthony E. Piana
Signature of authorized representative of debtor            Printed name

Title    Chairman, Board of Directors

**18. Signature of attorney**

**X** /s/ Stephen A. Donato                        Date    February 16, 2017
Signature of attorney for debtor                          MM / DD / YYYY

Stephen A. Donato
Printed name

Bond, Schoeneck & King, PLLC
Firm name

One Lincoln Center
Syracuse, NY 13202
Number, Street, City, State & ZIP Code

Contact phone    (315) 218-8000        Email address    sdonato@bsk.com

101522
Bar number and State

**Fill in this information to identify the case:**

Debtor name    Folts Home

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ *Amended Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    February 16, 2017          X /s/ Dr. Anthony E. Piana
                                          Signature of individual signing on behalf of debtor

                                          Dr. Anthony E. Piana
                                          Printed name

                                          Chairman, Board of Directors
                                          Position or relationship to debtor

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | Folts Home |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF NEW YORK |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Amtrust North America, Inc. 800 Superior Avenue East, 21st Floor Cleveland, OH 44114 | | Trade debt | | | | $121,268.00 |
| Bonadio Receivable Solutions, LLC 171 Sully's Trail, Suite 201 Pittsford, NY 14534 | | Services provided | | | | $60,008.27 |
| Centrex Clinical Labs 28 Campion Road New Hartford, NY 13413-1694 | | Trade debt | | | | $38,609.80 |
| Chem RX 750 Park Place Long Beach, NY 11561 | | All parcels of real property | | $398,727.31 | $0.00 | $398,727.31 |
| Chem RX 750 Park Place Long Beach, NY 11561 | | Trade debt | | | | $245,659.14 |
| Cool Insuring Agency, Inc. 784 Troy-Schenectady Road Latham, NY 12110-2400 | | Insurance premiums | | | | $131,554.39 |
| Excellus Health Plan Group Utica Business Park 12 Rhoads Drive Utica, NY 13502 | | Insurance premiums | | | | $139,891.82 |

Debtor  **Folts Home**
_____    Case number *(if known)*  _____
        Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Health Facility Assessment Fund P.O. Box 4757 Syracuse, NY 13221-4757 | | Trade debt | | | | $408,892.00 |
| Herkimer Town Clerk Herkimer Town Offices 114 North Prospect Street Herkimer, NY 13350 | | Unknown | | | | $43,333.29 |
| Hess Corporation 1185 Avenue of the Americas, 40th Floor New York, NY 10036 | | Goods sold | | | | $83,199.02 |
| National Grid 300 Erie Boulevard West Attn: Bankruptcy Team Syracuse, NY 13202 | | Services provided | | | | $205,773.76 |
| National Grid 300 Erie Boulevard West Attn: Bankruptcy Team Syracuse, NY 13202 | | All parcels of real property | | $180,714.32 | $0.00 | $180,714.32 |
| Nelson Assiociates 1 North Park Row Clinton, NY 13323 | | Services provided | | | | $58,219.13 |
| New York State Insurance Fund 1045 7th North Street Liverpool, NY 13088 | | Unknown | | | | $48,984.97 |
| NYAHSA 150 State Street Suite 301 Albany, NY 12207-1655 | | Trade debt | | | | $42,865.94 |
| NYS Department of Health NYS Office of the Attorney General The Capitol Albany, NY 12224 | | Medicaid/Medicare Receivables | | $3,702,825.89 | $179,489.28 | $3,523,336.61 |
| Select Rehabilitation 2600 Compass Road Glenview, IL 60026 | | Trade debt | | | | $359,260.99 |
| Town of Herkimer and Town Assessor 114 N. Prospect Street Herkimer, NY 13350 | | Indebtedness due under Municipal Services Agreement | | | | $40,000.00 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                                 Best Case Bankruptcy

| Debtor | Folts Home | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Village of Herkimer 120 Green Street Herkimer, NY 13350 | | Unknown | | | | $119,544.70 |
| Wesco Insurance Company 5800 Lombardo Center Cleveland, OH 44131 | | All parcels of real property | | $85,708.53 | $0.00 | $85,708.53 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Fill in this information to identify the case:

Debtor name      Folts Home

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF NEW YORK

Case number (if known)   _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                              **12/15**

| Part 1: | Summary of Assets |
|---|---|

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*................................................................................    $      6,144,573.00

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*.............................................................................    $      6,845,938.83

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*...............................................................................    $    12,990,511.83

| Part 2: | Summary of Liabilities |
|---|---|

2.  **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................    $    11,630,484.08

3.  **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................    $         32,000.00

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................    +$      2,841,910.37

4.  Total liabilities ......................................................................................................................    $    14,504,394.45
    Lines 2 + 3a + 3b

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Folts Home |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF NEW YORK |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:      Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☒ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| 2. | **Cash on hand** | | $600.00 |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Resident Trust Account held with JP Morgan Chase Bank, 150 Main Street, Oneida, NY 13421 (in name of HomeLife at Folts) | | 3907 | $32,000.00 |
| 3.2. | Operating account held with JP Morgan Chase Bank, 150 Main Street, Oneida, NY 13421 (in name of HomeLife at Folts) | | 1397 | $750,000.00 |
| 3.3. | Payroll account held with JP Morgan Chase Bank, 150 Main Street, Oneida, NY 13421 (in name of HomeLife at Folts) | | 3899 | $4,500.00 |
| 3.4. | Payroll account held with JP Morgan Chase Bank, 150 Main Street, Oneida, NY 13421 (in name of HomeLife at Folts) | | 1828 | $4,500.00 |
| 3.5. | Payroll account held with JP Morgan Chase Bank, 150 Main Street, Oneida, NY 13421 (in name of HomeLife at Folts) | | 3195 | $4,500.00 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                Best Case Bankruptcy

| Debtor | Folts Home | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

|  |  |  |  |
|---|---|---|---|
| 3.6. | Payroll account held with JP Morgan Chase Bank, 150 Main Street, Oneida, NY 13421 (in name of HomeLife at Folts) | 5629 | $4,500.00 |
| 3.7. | Payroll account held JP Morgan Chase Bank in Fort Worth, Texas | 9550 | $358.00 |

**4.    Other cash equivalents** *(Identify all)*

| 4.1. | Funds held by NDNY Clerk in interpleader action | $734,711.58 |
|---|---|---|
| 4.2. | HUD Mortgage Reserve for Replacement Account | $112,070.06 |
| 4.3. | HUD Mortgage Sinking Fund Account | $1,314,117.25 |

| 5. | **Total of Part 1.** | | $2,961,856.89 |
|---|---|---|---|
| | Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | | |

**Part 2:    Deposits and Prepayments**

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
☑ Yes Fill in the information below.

7.     **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

8.     **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

| 8.1. | Prepaid worker's compensation insurance as of 12/31/16 | $26,928.42 |
|---|---|---|
| 8.2. | Prepaid insurance for packaging and other as of 12/31/16 | $12,095.00 |
| 8.3. | Prepaid expenses for NYHSFA dues, time attendance contract and software as of 12/31/16 | $1,041.70 |
| 8.4. | Prepaid UBT/Corporate Tax as of 12/31/16 | $54,283.00 |

| 9. | **Total of Part 2.** | | $94,348.12 |
|---|---|---|---|
| | Add lines 7 through 8. Copy the total to line 81. | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | Folts Home | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

| Part 3: | **Accounts receivable** |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.     **Accounts receivable**

| 11a. 90 days old or less: | 1,766,328.74 | - | 376,912.32 | = .... | $1,389,416.42 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11a. 90 days old or less: | 179,489.28 | - | 0.00 | = .... | $179,489.28 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11a. 90 days old or less: | 61,477.76 | - | 0.00 | = .... | $61,477.76 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11a. 90 days old or less: | 447,348.15 | - | 0.00 | = .... | $447,348.15 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11b. Over 90 days old: | 13,364.40 | - | 0.00 | =.... | $13,364.40 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11b. Over 90 days old: | 578,750.59 | - | 0.00 | =.... | $578,750.59 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11b. Over 90 days old: | 3,146.22 | - | 0.00 | =.... | $3,146.22 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

12.     **Total of Part 3.**

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| $2,672,992.82 |
|---|

| Part 4: | **Investments** |
|---|---|

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | **Inventory, excluding agriculture assets** |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

19.     **Raw materials**

20.     **Work in progress**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                                                                      Best Case Bankruptcy

| Debtor | Folts Home | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

**21.** **Finished goods, including goods held for resale**
Miscellaneous toiletries, magazines and consumables located in gift shop at 104 N. Washington Street, Herkimer, New York     N/A     $0.00     $100.00

**22.** **Other inventory or supplies**
Miscellaneous food on hand for cafeteria located at 104 N. Washington Street, Herkimer, NY     $0.00     $24,532.00

Bandages, ointments, test strips, gloves, protective gear, antiseptic and other miscellaneous medical supplies located at 104 N. Washington Street, Herkimer, NY     $0.00     $3,209.00

**23.** **Total of Part 5.**
Add lines 19 through 22.  Copy the total to line 84.     $27,841.00

**24.** **Is any of the property listed in Part 5 perishable?**
☐ No
■ Yes

**25.** **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☐ No
■ Yes. Book value     0     Valuation method     Cost     Current Value     16000

**26.** **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**39.** **Office furniture**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | Folts Home | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| | Mattresses, hospital beds, chairs, dressers, lounge furniture, lamps, end tables, dining area tables and chairs, desks, cabinets and other miscellaneous furnishings located at 104 N. Washington Street, Herkimer, NY | $0.00 | $200,000.00 |
| 40. | **Office fixtures** Cafeteria fixtures, security systems, P.A. system, resident room call system and lighting fixtures located at 104 N. Washington Street, Herkimer, NY | $0.00 | $20,000.00 |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** Telephone system, computers, printers and other miscellaneous office equipment located at 104 N. Washington Street, Herkimer, NY | $0.00 | $15,000.00 |
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | |

43. **Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86.

| $235,000.00 |
|---|

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
☑ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 8:**    Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
☑ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | |
| 47.1. | 2008 Ford E350 Super Duty Transportation Bus, VIN # 1FD3E35S78DA26167 located at 104 N. Washington Street, Herkimer, New York | $0.00 | Blue Book Value | $11,000.00 |
| 47.2. | 2007 Ford E450 Super Duty Transportation Bus, VIN #1FDXE45S77DA69378 located at 104 N. Washington Street, Herkimer, New York | $0.00 | Blue Book Value | $12,000.00 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy

| Debtor | Folts Home | Case number *(If known)* |
|---|---|---|
| | Name | |

| | | | | |
|---|---|---|---|---|
| 47.3. | 2003 Ford E350 Super Duty Transportation Bus, VIN # 1FDWE35SX3HB42915 located at 104 N. Washington Street, Herkimer, New York; vehicle is not operable | $0.00 | | $1,000.00 |
| 47.4. | 2008 Dodge Grand Caravan, VIN # 2D8HN44H38R702506 located at 104 N. Washington Street, Herkimer, New York | $0.00 | Blue Book Value | $8,900.00 |
| 47.5. | 2008 Ford E350 Super Duty Transportation Bus, VIN #1FD3E355S98DA26168 located at 104 N. Washington Street, Herkimer, New York | $0.00 | Blue Book Value | $11,000.00 |
| 47.6. | 2017 Ford Starcraft Transportation Bus (Vin #1FDEE3FS0HDC06680) located at 104 N. Washington Street, Herkimer, NY | $0.00 | Recent cost | $60,000.00 |

48.    **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49.    **Aircraft and accessories**

50.    **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**
Kitchen equipment, maintenance equipment, laundry equipment, physical therapy equipment, medical equipment, wheelchairs, patient monitoring equipment and other miscellaneous medical equipment located at 104 N. Washington Street, Herkimer, NY                    $0.00                    $750,000.00

51.    **Total of Part 8.**                                                                 $853,900.00
Add lines 47 through 50.  Copy the total to line 87.

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
■ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 9: | Real property |
|---|---|

54. **Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                                 Best Case Bankruptcy

Debtor    Folts Home                                          Case number *(If known)* _____
          Name

| Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | | | | |
|---|---|---|---|---|
| 55.1. | Real property parcel (Tax Parcel #120.25-2-57.1) located at 104 N. Washington Street, Herkimer, New York, excepting a 0.253 acre of land conveyed to Folts Apartments Inc. by deed dated June 1, 1997 and recorded in the Herkimer County Clerk's Office on June 24, 1997 | Fee simple | $0.00 | $6,000,000.00 |
| 55.2. | Real property parcel (Tax Parcel #120.25-2-54) located at 214 Green Street, Herkimer, New York | | $0.00 | $13,191.00 |
| 55.3. | Real property parcel (Tax Parcel #120.25-2-59) located at 218 Green Street, Herkimer, New York | | $0.00 | $82,234.00 |
| 55.4. | Real property parcel (Tax Parcel #120.25-2-60.2) located on Green Street, Herkimer, New York | | $0.00 | $38,404.00 |
| 55.5. | Real property parcel (Tax Parcel #120.25-2-50.1) located at 134 N. Washington Street, Herkimer, NY | Fee simple | $0.00 | $2,021.00 |
| 55.6. | Real property parcel (Tax Parcel #120.25-2-55.1) located at 130 N. Washington Street, Herkimer, NY | | $0.00 | $8,723.00 |

| 56. | **Total of Part 9.** | $6,144,573.00 |
|---|---|---|
| | Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88. | |

| Debtor | Folts Home | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
   ☐ No
   ■ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

   ☐ No.  Go to Part 11.
   ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.    **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.    **Internet domain names and websites** | | | |
| 62.    **Licenses, franchises, and royalties** | | | |
| 63.    **Customer lists, mailing lists, or other compilations** List of residents at the skilled nursing home facility | $0.00 | | $0.00 |
| 64.    **Other intangibles, or intellectual property** | | | |
| 65.    **Goodwill** | | | |

66. **Total of Part 10.**
   Add lines 60 through 65. Copy the total to line 89.

   | | $0.00 |
   |---|---|

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
   ☐ No
   ■ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
   ■ No
   ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

   ■ No.  Go to Part 12.
   ☐ Yes Fill in the information below.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                                 Best Case Bankruptcy

Debtor    Folts Home _____    Case number *(If known)* _____
          Name

---

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $2,961,856.89 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $94,348.12 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $2,672,992.82 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $27,841.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $235,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $853,900.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*............................................................> | | $6,144,573.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $6,845,938.83 + 91b. | $6,144,573.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $12,990,511.83 |

**Fill in this information to identify the case:**

Debtor name ___Folts Home___

United States Bankruptcy Court for the: ___NORTHERN DISTRICT OF NEW YORK___

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property            12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☑ Yes. Fill in all of the information below.

**Part 1:      List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

| 2.1 | Chem RX | | | |
|---|---|---|---|---|

| | | Describe debtor's property that is subject to a lien | $398,727.31 | $0.00 |
|---|---|---|---|---|

Creditor's Name

All parcels of real property

750 Park Place
Long Beach, NY 11561

Creditor's mailing address

**Describe the lien**
Judgment Lien

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
10/20/14 and 6/2/15

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

| 2.2 | Herkimer County | | | |
|---|---|---|---|---|

| | | Describe debtor's property that is subject to a lien | $703.66 | $0.00 |
|---|---|---|---|---|

Creditor's Name

Tax Parcel #120.25-2-59

Attn:  Pamela J. Putch,
Property Agent
108 Court Street, Suite 3100
Herkimer, NY 13350

Creditor's mailing address

**Describe the lien**
2013 and 2014 Real Property Taxes

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                                    Best Case Bankruptcy

Debtor    Folts Home _____        Case number (if know) _____
              Name

■ No                              ☐ Contingent
☐ Yes. Specify each creditor,      ☐ Unliquidated
including this creditor and its relative   ☐ Disputed
priority.

---

| 2.3 | Hill & Markes Co. | Describe debtor's property that is subject to a lien | $2,749.08 | $0.00 |

Creditor's Name

P.O. Box 7
1997 State Highway 5S
Amsterdam, NY 12010
Creditor's mailing address

All parcels of real property

**Describe the lien**
Judgment Lien
**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
8/25/14
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | Internal Revenue Service | Describe debtor's property that is subject to a lien | $369,940.02 | Unknown |

Creditor's Name

P.O. Box 7346
Philadelphia, PA 19101-7346
Creditor's mailing address

All parcels of real property and receivables

**Describe the lien**
941 Federal Tax Lien for Period 6/30/12
**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
February 11, 2013
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | Internal Revenue Service | Describe debtor's property that is subject to a lien | $356,528.54 | Unknown |

Creditor's Name

P.O. Box 7346
Philadelphia, PA 19101-7346
Creditor's mailing address

All parcels of real property and receivables

**Describe the lien**
941 Federal Tax Lien for Period 9/30/12
**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 2 of 13

Debtor    Folts Home                                                                    Case number (if know)
            Name

**Date debt was incurred**
March 13, 2013
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 | Internal Revenue Service | **Describe debtor's property that is subject to a lien**<br>All parcels of real property and receivables | $15,206.29 | Unknown |
|-----|--------------------------|---------|---------|---------|

Creditor's Name

P.O. Box 7346
Philadelphia, PA 19101-7346
Creditor's mailing address

**Describe the lien**
990 Federal Tax Lien for Period 12/31/11
**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
May 31, 2013
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 | Internal Revenue Service | **Describe debtor's property that is subject to a lien**<br>All parcels of real property and receivables | $4,600.05 | Unknown |
|-----|--------------------------|---------|---------|---------|

Creditor's Name

P.O. Box 7346
Philadelphia, PA 19101-7346
Creditor's mailing address

**Describe the lien**
941 Federal Tax Lien for Period 12/31/12
**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
June 10, 2013
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.8 | Internal Revenue Service | **Describe debtor's property that is subject to a lien** | $11,894.47 | Unknown |
|-----|--------------------------|---------|---------|---------|

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                                    Best Case Bankruptcy

| Debtor | Folts Home | Case number (if know) | |
|--------|-----------|-----------------------|---|
| | Name | | |

Creditor's Name

All parcels of real property and receivables

P.O. Box 7346
Philadelphia, PA 19101-7346

Creditor's mailing address

**Describe the lien**
941 Federal Tax Lien for 3/30/13 & 6/30/13
**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
March 31, 2014
**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.9 | Internal Revenue Service | **Describe debtor's property that is subject to a lien** | $55,666.35 | Unknown |
|-----|--------------------------|---------------------------------------------------------|------------|---------|

Creditor's Name

All parcels of real property and receivables

P.O. Box 7346
Philadelphia, PA 19101-7346

Creditor's mailing address

**Describe the lien**
941 Federal Tax Lien for 9/30/13 & 12/31/13
**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
June 3, 2014
**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.10 | Mountainside Medical Equipment, Inc. | **Describe debtor's property that is subject to a lien** | $20,837.26 | $0.00 |
|------|--------------------------------------|---------------------------------------------------------|------------|-------|

Creditor's Name

All parcels of real property

9262 Old River Road
P.O. Box 247
Marcy, NY 13403-3042

Creditor's mailing address

**Describe the lien**
Judgment Lien
**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
12/20/13
**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 4 of 13

Debtor    Folts Home                                                    Case number (if know)
_____
Name

■ No                               ☐ Contingent
☐ Yes. Specify each creditor,      ☐ Unliquidated
including this creditor and its relative    ☐ Disputed
priority.
_____

| 2.1 1 | National Grid | Describe debtor's property that is subject to a lien | $180,714.32 | $0.00 |

Creditor's Name

300 Erie Boulevard West            All parcels of real property
Attn: Bankruptcy Team
Syracuse, NY 13202
_____
Creditor's mailing address         **Describe the lien**
                                   Judgment Lien
                                   **Is the creditor an insider or related party?**
                                   ■ No
_____                   ☐ Yes
Creditor's email address, if known **Is anyone else liable on this claim?**
                                   ■ No
**Date debt was incurred**         ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
6/14/13
**Last 4 digits of account number**

**Do multiple creditors have an**    **As of the petition filing date, the claim is:**
**interest in the same property?**   Check all that apply
■ No                                 ☐ Contingent
☐ Yes. Specify each creditor,        ☐ Unliquidated
including this creditor and its relative    ☐ Disputed
priority.
_____

| 2.1 2 | NYS Department of Health | Describe debtor's property that is subject to a lien | $3,702,825.89 | $179,489.28 |

Creditor's Name

NYS Office of the Attorney          Medicaid/Medicare Receivables
General
The Capitol
Albany, NY 12224
_____
Creditor's mailing address         **Describe the lien**
                                   Posssessory Lien
                                   **Is the creditor an insider or related party?**
                                   ■ No
_____                   ☐ Yes
Creditor's email address, if known **Is anyone else liable on this claim?**
                                   ■ No
**Date debt was incurred**         ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
2008 to present
**Last 4 digits of account number**

**Do multiple creditors have an**    **As of the petition filing date, the claim is:**
**interest in the same property?**   Check all that apply
■ No                                 ☐ Contingent
☐ Yes. Specify each creditor,        ☐ Unliquidated
including this creditor and its     ☐ Disputed
priority.
_____

| 2.1 3 | NYS Department of Taxation & Finance | Describe debtor's property that is subject to a lien | $79,392.07 | $0.00 |

Creditor's Name

Attn: Bankruptcy Section            All parcels of real property
P.O. Box 5300
Albany, NY 12205-0300
_____
Creditor's mailing address         **Describe the lien**

Official Form 206D         Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**                    page 5 of 13

Debtor    Folts Home                                                    Case number (if know) _____
          _____
          Name

Withholding & Sales Taxes 2011 - 2013

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known
_____

**Date debt was incurred**
9/30/13 and 4/17/14

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 4 | NYS Dept. of Labor-Unemployment Ins. Div | Describe debtor's property that is subject to a lien | $16,229.43 | $0.00 |
|---|---|---|---|---|

Creditor's Name

Gov. W. A. Harriman State Office Bldg
Building 12, Room 256
Albany, NY 12240

Creditor's mailing address

All parcels of real property

**Describe the lien**
Tax Warrent for 2Q 2012

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known
_____

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
8/27/12

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 5 | NYS Dept. of Labor-Unemployment Ins. Div | Describe debtor's property that is subject to a lien | $12,799.04 | $0.00 |
|---|---|---|---|---|

Creditor's Name

Gov. W. A. Harriman State Office Bldg
Building 12, Room 256
Albany, NY 12240

Creditor's mailing address

All parcels of real property

**Describe the lien**
Tax Warrent for 1Q 2013

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known
_____

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
6/11/13

**Last 4 digits of account number**

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**                    page  6 of 13

Debtor    Folts Home
_____
Name                                                                    Case number (if know)  _____

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

**2.16**  NYS Dept. of Labor-Unemployment Ins. Div
_____
Creditor's Name

Gov. W. A. Harriman State Office Bldg
Building 12, Room 256
Albany, NY 12240
_____
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**
8/27/13
**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**     $26,555.52          $0.00
All parcels of real property

**Describe the lien**
Tax Warrant 2Q 2013
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

**2.17**  NYS Dept. of Labor-Unemployment Ins. Div
_____
Creditor's Name

Gov. W. A. Harriman State Office Bldg
Building 12, Room 256
Albany, NY 12240
_____
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**
11/25/13
**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**     $31,685.16          $0.00
All parcels of real property

**Describe the lien**
Tax Warrant 3Q 2013
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                                              Best Case Bankruptcy

| Debtor | Folts Home | | Case number (if know) | |
|---|---|---|---|---|
| | Name | | | |

---

**2.18**

NYS Dept. of
Labor-Unemployment Ins.
Div
Creditor's Name

Gov. W. A. Harriman State
Office Bldg
Building 12, Room 256
Albany, NY 12240
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
2/24/14
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**          $24,941.28          $0.00
All parcels of real property

**Describe the lien**
Tax Warrant 4Q 2013
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.19**

NYS Worker's Compensation
Board
Creditor's Name

Judgment Unit
328 State Street
Schenectady, NY
12305-2318
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
8/28/14
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**          $4,000.00          $0.00
All parcels of real property

**Describe the lien**
Judgment Lien
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.20**

Rochdale Insurance Co.
Creditor's Name

5800 Lombardo Center
Cleveland, OH 44131
Creditor's mailing address

Creditor's email address, if known

**Describe debtor's property that is subject to a lien**          $20,401.46          $0.00
All parcels of real property

**Describe the lien**
Judgment Lien
**Is the creditor an insider or related party?**
■ No
☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | Folts Home | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**Date debt was incurred**

4/14/14

**Last 4 digits of account number**

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.2 1 | Sysco Syracuse, LLC | **Describe debtor's property that is subject to a lien** | $13,662.62 | $0.00 |
|---|---|---|---|---|

Creditor's Name

2508 Warners Road
P.O. Box 80
Warners, NY 13164

Creditor's mailing address

Creditor's email address, if known

All parcels of real property

**Describe the lien**

Judgment Lien

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

12/4/13

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.2 2 | U.S. Dept. of Housing & Urban Developmnt | **Describe debtor's property that is subject to a lien** | $6,174,084.11 | $6,000,000.00 |
|---|---|---|---|---|

Creditor's Name

Attn: Office of the Secretary
451 Seventh Street, SW - Room 9243
Washington, DC 20410

Creditor's mailing address

Creditor's email address, if known

Real property (Tax Parcel #120.25-2-57.1) located at 104 N. Washington Street, Herkimer, NY, excepting a 0.253 acre of land conveyed to Folts Apartments Inc. by deed dated 6/1/97; sinking fund acct and all personal property

**Describe the lien**

First Mortgage and First Position Security Interest

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

February 25, 1993

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

Official Form 206D        Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**        page 9 of 13

Debtor    Folts Home
_____    Case number (if know) _____
Name

---

**2.2 3**

U.S. Foods, Inc.
_____
Creditor's Name

9399 West Higgins Road
Rosemont, IL 60018
_____
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**
December 12, 2012
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.
_____

**Describe debtor's property that is subject to a lien**
Security interest in all goods, inventory, equipment and fixtures sold to Folts Home by U.S. Foods, Inc.
_____

**Describe the lien**
Purchase Money Security (UCC-1 Filed)
_____
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$20,631.62    Unknown

---

**2.2 4**

Wesco Insurance Company
_____
Creditor's Name

5800 Lombardo Center
Cleveland, OH 44131
_____
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**
4/14/14
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.
_____

**Describe debtor's property that is subject to a lien**
All parcels of real property
_____

**Describe the lien**
Judgment Lien
_____
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$85,708.53    $0.00

---

3.    **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $11,630,484.08

---

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

---

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 10 of 13

| Debtor | Folts Home | Case number (if know) | |
|---|---|---|---|
| | Name | | |

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Craig Norman, Esq.<br>Solomon and Solomon P.C.<br>Five Columbia Circle<br>Albany, NY 12203 | Line 2.3 | |
| Gary J. Valerino, Esq.<br>Meggesto, Crossett & Valerino, LLP<br>313 East Willow St., Suite 201<br>Syracuse, NY 13203 | Line 2.20 | |
| Gary J. Valerino, Esq.<br>Meggesto, Crossett & Valerino, LLP<br>313 East Willow Street, Suite 201<br>Syracuse, NY 13203 | Line 2.24 | |
| James Yu, Esq.<br>U.S. Department of Justice - Tax Div.<br>P.O. Box 55, Ben Franklin Station<br>Washington, DC 20044 | Line 2.4 | |
| James Yu, Esq.<br>U.S. Department of Justice - Tax Div.<br>P.O. Box 55, Ben Franklin Station<br>Washington, DC 20044 | Line 2.5 | |
| James Yu, Esq.<br>U.S. Department of Justice - Tax Div.<br>P.O. Box 55, Ben Franklin Station<br>Washington, DC 20044 | Line 2.6 | |
| James Yu, Esq.<br>U.S. Department of Justice - Tax Div.<br>P.O. Box 55, Ben Franklin Station<br>Washington, DC 20044 | Line 2.7 | |
| James Yu, Esq.<br>U.S. Department of Justice - Tax Div.<br>P.O. Box 55, Ben Franklin Station<br>Washington, DC 20044 | Line 2.8 | |
| James Yu, Esq.<br>U.S. Department of Justice - Tax Div.<br>P.O. Box 55, Ben Franklin Station<br>Washington, DC 20044 | Line 2.9 | |
| Joseph M. Shur, Esq.<br>Relin, Goldstein & Crane, LLP<br>28 E. Main Street, Suite 1800<br>Rochester, NY 14614 | Line 2.21 | |
| Michael D. Gadarian, Esq.<br>Office of the U.S. Attorney<br>P.O. Box 7198, 100 S. Clinton Street<br>Syracuse, NY 13261-7198 | Line 2.4 | |
| Michael D. Gadarian, Esq.<br>Office of the U.S. Attorney<br>P.O. Box 7198, 100 S. Clinton Street<br>Syracuse, NY 13261-7198 | Line 2.5 | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor  Folts Home
        _____                    Case number (if know) _____
        Name

| | |
|---|---|
| Michael D. Gadarian, Esq.<br>Office of the U.S. Attorney<br>P.O. Box 7198, 100 S. Clinton Street<br>Syracuse, NY 13261-7198 | Line  2.6 |
| Michael D. Gadarian, Esq.<br>Office of the U.S. Attorney<br>P.O. Box 7198, 100 S. Clinton Street<br>Syracuse, NY 13261-7198 | Line  2.7 |
| Michael D. Gadarian, Esq.<br>Office of the U.S. Attorney<br>P.O. Box 7198, 100 S. Clinton Street<br>Syracuse, NY 13261-7198 | Line  2.8 |
| Michael D. Gadarian, Esq.<br>Office of the U.S. Attorney<br>P.O. Box 7198, 100 S. Clinton Street<br>Syracuse, NY 13261-7198 | Line  2.9 |
| Michael D. Gadarian, Esq.<br>Office of the U.S. Attorney<br>P.O. Box 7198, 100 South Clinton Street<br>Syracuse, NY 13261-7198 | Line  2.22 |
| Robert B. Liddell, Esq.<br>Hiscock & Barclay, LLP<br>One Park Place, 300 S. State Street<br>Syracuse, NY 13202-2078 | Line  2.11 |
| Secretary of Housing & Urban Development<br>451 Seventh Street, SW - #9230<br>Washington, DC 20410 | Line  2.22 |
| William F. Larkin, Esq.<br>P.O. Box 7198<br>100 S. Clinton Street<br>Syracuse, NY 13261-7198 | Line  2.4 |
| William F. Larkin, Esq.<br>P.O. Box 7198<br>100 S. Clinton Street<br>Syracuse, NY 13261-7198 | Line  2.5 |
| William F. Larkin, Esq.<br>P.O. Box 7198<br>100 S. Clinton Street<br>Syracuse, NY 13261-7198 | Line  2.6 |
| William F. Larkin, Esq.<br>P.O. Box 7198<br>100 S. Clinton Street<br>Syracuse, NY 13261-7198 | Line  2.7 |
| William F. Larkin, Esq.<br>P.O. Box 7198<br>100 S. Clinton Street<br>Syracuse, NY 13261-7198 | Line  2.8 |
| William F. Larkin, Esq.<br>P.O. Box 7198<br>100 S. Clinton Street<br>Syracuse, NY 13261-7198 | Line  2.9 |

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**                    page 12 of 13

Debtor    Folts Home
          _____
          Name

Case number (if know) _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Folts Home |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF NEW YORK |
| Case number (if known) | |

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>Deposits from Residents into Trust Acct. | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $32,000.00 | $32,000.00 |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>) | | | |

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | | Amount of claim |
|---|---|---|---|
| 3.1 | Nonpriority creditor's name and mailing address<br>A.S. Neurology, P.C.<br>Attn:  Dr. Ahmed A. Shatla<br>210 Old Campion Road<br>Utica, NY 13502 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $37.17 |
| | **Date(s) debt was incurred**  <u>prior to 10/1/2013</u> | Basis for the claim:  <u>Trade debt</u> | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?  ■ No  ☐ Yes | |
| 3.2 | Nonpriority creditor's name and mailing address<br>Abbott Laboratories, Inc.<br>75 Remittance Drive<br>Suite 1310<br>Chicago, IL 60675-1310 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,929.37 |
| | **Date(s) debt was incurred** <u>prior to 10/1/2013</u> | Basis for the claim:  <u>Trade debt</u> | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?  ■ No  ☐ Yes | |

| Debtor | Folts Home | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.3** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $125.50

ABC Fire Extinguisher Co.
719 Court Street
Utica, NY 13502-4117

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** prior to 10/1/2013

**Basis for the claim:** Goods sold

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.4** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $125.00

Ability Network, Inc.
Butler Square
100 North 6th Street, Suite 900A
Minneapolis, MN 55403

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** prior to 10/1/2013

**Basis for the claim:** Trade debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.5** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $311.50

ABJ Fire Protection Co.
6500 New Venture Gear Drive
East Syracuse, NY 13057

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** prior to 10/1/2013

**Basis for the claim:** Goods sold

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.6** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,778.10

Adirondack Compressed Gas
2430 Chenango Road
Utica, NY 13502-5909

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** prior to 10/1/2013

**Basis for the claim:** Supplies

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.7** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,640.00

Adult Day Healthcare Council
13 British American Boulevard #2
Latham, NY 12110

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** prior to 10/1/2013

**Basis for the claim:** Trade debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.8** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.32

Airgas East
2 Main Street
Whitesboro, NY 13492

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** prior to 10/1/2013

**Basis for the claim:** Goods sold

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.9** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $285.00

American Red Cross of the Mohawk Valley
1415 Genesee Street
Utica, NY 13501

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** prior to 10/1/2013

**Basis for the claim:** Trade debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Folts Home | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4.26 |
|---|---|---|---|

Amherst Radiology
6000 Bailey Avenue
Suite 1D
Buffalo, NY 14226

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** prior to 10/1/2013

**Basis for the claim:** Trade debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $121,268.00 |
|---|---|---|---|

Amtrust North America, Inc.
800 Superior Avenue East, 21st Floor
Cleveland, OH 44114

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** prior to 10/1/2013

**Basis for the claim:** Trade debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.40 |
|---|---|---|---|

Angie Dorantes
611 North Main Street
Herkimer, NY 13350

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** February 2017

**Basis for the claim:** HomeLife debt under Receiver Agreement dated November 1, 2014

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,000.00 |
|---|---|---|---|

Anthony Franco
114 Rome Street
Mohawk, NY 13407-4732

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** prior to 10/1/2013

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,473.61 |
|---|---|---|---|

Arjo Huntleigh Co.
2349 W. Lake Street, Suite 250
Addison, IL 60101

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** prior to 10/1/2013

**Basis for the claim:** Trade debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $187.43 |
|---|---|---|---|

Auto Salvage Technologies, Inc.
3107 NY-28
Herkimer, NY 13350

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** prior to 10/1/2013

**Basis for the claim:** Goods sold

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,768.00 |
|---|---|---|---|

Bank of New York Mellon
225 Liberty Street
New York, NY 10286

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** prior to 10/1/2013

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | Folts Home | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.17** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,001.26

Bassett Healthcare
One Atwell Road
Cooperstown, NY 13326

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  prior to 10/1/2013

**Basis for the claim:**  Trade debt

**Last 4 digits of account number**  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.18** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $682.00

Biogenic Dental Corporation
282 Genesee Street
Utica, NY 13502

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  prior to 10/1/2013

**Basis for the claim:**  Trade debt

**Last 4 digits of account number**  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.19** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $10.00

Bonadio & Co., LLP
7936 Seneca Turnpike
Clinton, NY 13323

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  prior to 10/1/2013

**Basis for the claim:**  Services provided

**Last 4 digits of account number**  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.20** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $60,008.27

Bonadio Receivable Solutions, LLC
171 Sully's Trail, Suite 201
Pittsford, NY 14534

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  prior to 10/1/2013

**Basis for the claim:**  Services provided

**Last 4 digits of account number**  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.21** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $12,280.80

Bonadio Receivable Solutions, LLC
171 Sully's Trail, Suite 201
Pittsford, NY 14534

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was
incurred**  August - December 2016

**Basis for the claim:**  HomeLife debt under Receiver Agreement dated
November 1, 2014

**Last 4 digits of account number**  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.22** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,008.92

Brown-Randall, Inc.
5519 State Route 5
Herkimer, NY 13350-3509

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  prior to 10/1/2013

**Basis for the claim:**  Trade debt

**Last 4 digits of account number**  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.23** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $887.00

Business Development Bureau
398 Columbus Avenue
Boston, MA 02116-6008

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  prior to 10/1/2013

**Basis for the claim:**  Trade debt

**Last 4 digits of account number**  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | Folts Home | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.24** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$6,400.00**

Businessware Consulting
125 West Main Street
Waterville, NY 13480-1165

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** prior to 10/1/2013

**Basis for the claim:** Services provided

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.25** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$200.00**

Cable Express
5404 South Bay Road
Syracuse, NY 13212

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** prior to 10/1/2013

**Basis for the claim:** Services provided

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.26** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$505.75**

Carlo Masi & Sons, Inc.
Wholesale Fruit & Produce
9 Wurz Avenue
Utica, NY 13502-2533

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** prior to 10/1/2013

**Basis for the claim:** Goods sold

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.27** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,560.00**

Carolyn V. Neverusky
612 Church Street
Herkimer, NY 13350

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** prior to 10/1/2013

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.28** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$246.85**

Carriage House Medical Management
2514 Genesee Street
Utica, NY 13502

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** prior to 10/1/2013

**Basis for the claim:** Trade debt

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.29** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,068.22**

Carrier Northeast
P.O. Box 4808
Building TR-5
Syracuse, NY 13221-4808

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** prior to 10/1/2013

**Basis for the claim:** Services provided

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.30** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,575.00**

Catskill Spring Water
800 Broad Street
Utica, NY 13501-1402

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** prior to 10/1/2013

**Basis for the claim:** Goods sold

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | Folts Home | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.31**

**Nonpriority creditor's name and mailing address**
CDMT, Inc.
137 Lark Street
Albany, NY 12210

**Date(s) debt was incurred** prior to 10/1/2013

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*     **$90.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt

Is the claim subject to offset? ■ No ☐ Yes

---

**3.32**

**Nonpriority creditor's name and mailing address**
Centrad Healthcare LLC
184 Shuman Boulevard, Suite 130
Naperville, IL 60563

**Date(s) debt was incurred** prior to 10/1/2013

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*     **$821.12**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt

Is the claim subject to offset? ■ No ☐ Yes

---

**3.33**

**Nonpriority creditor's name and mailing address**
Central New York Cardiology
Marian Medical Building
2211 Genesee Street
Utica, NY 13501

**Date(s) debt was incurred** prior to 10/1/2013

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*     **$135.81**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt

Is the claim subject to offset? ■ No ☐ Yes

---

**3.34**

**Nonpriority creditor's name and mailing address**
Centrex Clinical Labs
28 Campion Road
New Hartford, NY 13413-1694

**Date(s) debt was incurred** prior to 10/1/2013

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*     **$38,609.80**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt

Is the claim subject to offset? ■ No ☐ Yes

---

**3.35**

**Nonpriority creditor's name and mailing address**
Chem RX
750 Park Place
Long Beach, NY 11561

**Date(s) debt was incurred** prior to 10/1/2013

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*     **$245,659.14**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt

Is the claim subject to offset? ■ No ☐ Yes

---

**3.36**

**Nonpriority creditor's name and mailing address**
Cintas Corporation
P.O. Box 630910
Cincinnati, OH 45263-0803

**Date(s) debt was incurred** Prior to January 2016

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*     **$3,986.90**
■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** HomeLife debt under Receiver Agreement dated November 1, 2014

Is the claim subject to offset? ■ No ☐ Yes

---

**3.37**

**Nonpriority creditor's name and mailing address**
Clarkair Systems
645 Persons Street
East Aurora, NY 14052-2525

**Date(s) debt was incurred** prior to 10/1/2013

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*     **$2,414.74**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Goods sold

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | Folts Home | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.38** | **Nonpriority creditor's name and mailing address** | | **$44.59**

Clinton Tractor & Implement Co., Inc.
31 Meadow Street
Clinton, NY 13323

**Date(s) debt was incurred** _Prior to January 2016_

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _HomeLife debt under Receiver Agreement dated November 1, 2014_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.39** | **Nonpriority creditor's name and mailing address** | | **$465.25**

CNY Cardiology
2211 Genesee Street
Utica, NY 13501

**Date(s) debt was incurred** _prior to 10/1/2013_

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Services provided_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.40** | **Nonpriority creditor's name and mailing address** | | **$131,554.39**

Cool Insuring Agency, Inc.
784 Troy-Schenectady Road
Latham, NY 12110-2400

**Date(s) debt was incurred** _prior to 10/1/2013_

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Insurance premiums_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.41** | **Nonpriority creditor's name and mailing address** | | **$107.00**

Corby Industries, Inc.
812 N. Gilmore Street
Allentown, PA 18109

**Date(s) debt was incurred** _prior to 10/1/2013_

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Goods sold_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.42** | **Nonpriority creditor's name and mailing address** | | **$16.00**

Daisy Healthcare
701 Sequoyah Road
Soddy Daisy, TN 37379

**Date(s) debt was incurred** _prior to 10/1/2013_

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Trade debt_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.43** | **Nonpriority creditor's name and mailing address** | | **$1,695.36**

Datamatrix Technologies Inc.
333 Westchester Avenue
Suite S207
West Harrison, NY 10604

**Date(s) debt was incurred** _prior to 10/1/2013_

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Trade debt_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.44** | **Nonpriority creditor's name and mailing address** | | **$34.55**

DayMark Safety Systems
12830 S. Dixie Highway
Bowling Green, OH 43402

**Date(s) debt was incurred** _prior to 10/1/2013_

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Goods sold_

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | Folts Home | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**3.45**

**Nonpriority creditor's name and mailing address**
Debra Brown
c/o Murad and Murad, P.C.
291 Genesee Street, 2nd Floor
Utica, NY 13501

**Date(s) debt was incurred** _prior to 10/1/2013_

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _Workers compensation settlement_

Is the claim subject to offset? ■ No ☐ Yes

$746.00

---

**3.46**

**Nonpriority creditor's name and mailing address**
Decor Planting by Bogner
45 Tamarack Drive
New Hartford, NY 13413

**Date(s) debt was incurred** _prior to 10/1/2013_

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Services provided_

Is the claim subject to offset? ☐ No ☐ Yes

$2,926.00

---

**3.47**

**Nonpriority creditor's name and mailing address**
Deepak Buch, MD, EMP
104 Stonebridge Court
New Hartford, NY 13413

**Date(s) debt was incurred** _February 2017_

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _HomeLife debt under Receiver Agreement dated November 1, 2014_

Is the claim subject to offset? ■ No ☐ Yes

$2,750.00

---

**3.48**

**Nonpriority creditor's name and mailing address**
Dennis Chronkhite
610 Fordsbush Road
Fort Plain, NY 13339-3605

**Date(s) debt was incurred** _prior to 10/1/2013_

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$2,648.25

---

**3.49**

**Nonpriority creditor's name and mailing address**
Dentcare Dental Services, P.C.
11 Arcadian Drive
Spring Valley, NY 10977

**Date(s) debt was incurred** _Prior to January 2016_

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _HomeLife debt under Receiver Agreement dated November 1, 2014_

Is the claim subject to offset? ■ No ☐ Yes

$1,250.00

---

**3.50**

**Nonpriority creditor's name and mailing address**
Dente Engineering P.C.
594 Broadway
Watervliet, NY 12189

**Date(s) debt was incurred** _prior to 10/1/2013_

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Trade debt_

Is the claim subject to offset? ■ No ☐ Yes

$1,320.00

---

**3.51**

**Nonpriority creditor's name and mailing address**
Direct Supply, Inc.
6767 N. Industrial Road
Milwaukee, WI 53223-5815

**Date(s) debt was incurred** _prior to 10/1/2013_

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Goods sold_

Is the claim subject to offset? ■ No ☐ Yes

$1,497.38

---

| Debtor | Folts Home | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,425.00 |
|---|---|---|---|

Dr. Atul Butala
Atul Butala Physicians, P.C.
807 Newell Street
Utica, NY 13502

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** prior to 10/1/2013

**Basis for the claim:** Services provided

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $64.00 |
|---|---|---|---|

Dr. Charles Q. Bui
25825 S. Vermont Avenue
Harbor City, CA 90710

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** prior to 10/1/2013

**Basis for the claim:** Trade debt

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $70.00 |
|---|---|---|---|

Dr. Gregory Rorick DPM
587 Main Street
Suite 102B
New York Mills, NY 13417

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** prior to 10/1/2013

**Basis for the claim:** Services provided

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $18,000.00 |
|---|---|---|---|

Dr. Om Wadhera
415 N. Prospect Street
Herkimer, NY 13350

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** prior to 10/1/2013

**Basis for the claim:** Services provided

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $310.79 |
|---|---|---|---|

Dynatronics Co.
7030 Park Centre Drive
Salt Lake City, UT 84121

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** prior to 10/1/2013

**Basis for the claim:** Trade debt

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $742.74 |
|---|---|---|---|

Ecolab
12640 Bannock Drive
Charlotte, NC 28290-5327

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** prior to 10/1/2013

**Basis for the claim:** Trade debt

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $384.75 |
|---|---|---|---|

Elder Alarms, LLC
1224 Mill Street
Building B
East Berlin, CT 06023

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** prior to 10/1/2013

**Basis for the claim:** Goods sold

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Folts Home | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.59** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $201.00

ElderCare Communications
5878 Cook Road
Suite F
Milford, OH 45150

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  prior to 10/1/2013

**Basis for the claim:**  Trade debt

Last 4 digits of account number  _

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.60** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $300.00

Ellis Medicine
1101 Nott Street
Schenectady, NY 12308

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  prior to 10/1/2013

**Basis for the claim:**  Trade debt

Last 4 digits of account number  _

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.61** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $283.64

Emergency Physician Services of NY, PC
241 North Road
Poughkeepsie, NY 12601-1154

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  prior to 10/1/2013

**Basis for the claim:**  Trade debt

Last 4 digits of account number  _

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.62** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $214.48

Empire Recycling Corp.
P.O. Box 353
Utica, NY 13503-0353

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  prior to 10/1/2013

**Basis for the claim:**  Services provided

Last 4 digits of account number  _

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.63** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $139,891.82

Excellus Health Plan Group
Utica Business Park
12 Rhoads Drive
Utica, NY 13502

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  prior to 10/1/2013

**Basis for the claim:**  Insurance premiums

Last 4 digits of account number  _

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.64** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $150.00

Farmer Brothers Coffee
6838 Ellicott Drive, Suite 4
East Syracuse, NY 13057

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  prior to 10/1/2013

**Basis for the claim:**  Goods sold

Last 4 digits of account number  _

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.65** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $4,464.12

Faxton St. Lukes Healthcare
1676 Sunset Avenue
Utica, NY 13502-5416

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  prior to 10/1/2013

**Basis for the claim:**  Trade debt

Last 4 digits of account number  _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| Debtor | Folts Home | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $162.87 |
|---|---|---|---|

Federal Express Corp.
Attn:  Bankruptcy Department
3965 Airways Boulevard, Module G, 3rd Fl
Memphis, TN 38116-5017

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _prior to 10/1/2013_

**Basis for the claim:** _Services provided_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $773.50 |
|---|---|---|---|

First United Methodist Church
P.O. Box 88
Herkimer, NY 13350

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _February 2017_

**Basis for the claim:** _HomeLife debt under Receiver Agreement dated November 1, 2014_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $77.50 |
|---|---|---|---|

Fiscal Care Services
1200 River Avenue
Unit C-D
Lakewood, NJ 08701

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _October 2016_

**Basis for the claim:** _HomeLife debt under Receiver Agreement dated November 1, 2014_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $177,625.31 |
|---|---|---|---|

Folts Adult Home, Inc.
104 N. Washington Street
Herkimer, NY 13350

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Intercompany loans_

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $996.00 |
|---|---|---|---|

Forefront Telecare, Inc.
1900 Powell Street, #820
Emeryville, CA 94608

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _prior to 10/1/2013_

**Basis for the claim:** _Trade debt_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $168.00 |
|---|---|---|---|

Genesee Orthopedic & Hand Surgery
1903 Sunset Avenue
Utica, NY 13502-5617

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _prior to 10/1/2013_

**Basis for the claim:** _Trade debt_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5.30 |
|---|---|---|---|

GHI
5015 Campuswood Drive
East Syracuse, NY 13057

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _prior to 10/1/2013_

**Basis for the claim:** _Trade debt_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | Folts Home | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.73** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,631.53**

Guardian Insurance Co.
P.O. Box 2459
Spokane, WA 99210

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** prior to 10/1/2013

**Basis for the claim:** Insurance premiums

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.74** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$12,064.56**

Guardian Life Insur. Company of America
7 Hanover Square
Customer Service, H-6-D
New York, NY 10004

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** prior to 10/1/2013

**Basis for the claim:** Insurance premiums

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.75** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$9,745.80**

Harbor Linen, LLC
2 Foster Avenue
Gibbsboro, NJ 08026

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** prior to 10/1/2013

**Basis for the claim:** Trade debt

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.76** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$315.00**

Hartford Steam Boiler
1 State Street
Hartford, CT 06103

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** prior to 10/1/2013

**Basis for the claim:** Goods sold

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.77** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$408,892.00**

Health Facility Assessment Fund
P.O. Box 4757
Syracuse, NY 13221-4757

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** prior to 10/1/2013

**Basis for the claim:** Trade debt

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.78** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,823.00**

Health Facility Assessment Fund
P.O. Box 4757
Syracuse, NY 13221-4757

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** January 2017

**Basis for the claim:** HomeLife debt under Receiver Agreement dated November 1, 2014

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.79** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$4,450.00**

Health System Services Co.
699 S. Main Street
Canandaigua, NY 14424

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** prior to 10/1/2013

**Basis for the claim:** Trade debt

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Folts Home | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

| 3.80 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $100.00 |
|---|---|---|---|

Heart of New York Chapter 118
Attn:  Heather Bernard, DNP, RN, CIC
1656 Champlin Avenue
Utica, NY 13502

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** prior to 10/1/2013

**Last 4 digits of account number** _

**Basis for the claim:** Trade debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.81 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $357.00 |
|---|---|---|---|

Heidelberg Baking Company
3056 State Route 28
Herkimer, NY 13350

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** prior to 10/1/2013

**Last 4 digits of account number** _

**Basis for the claim:** Goods sold

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.82 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $15.00 |
|---|---|---|---|

Herkimer County HealthNet
320 N. Main Street, Suite 3300
Herkimer, NY 13350

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** prior to 10/1/2013

**Last 4 digits of account number** _

**Basis for the claim:** Trade debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.83 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $85.00 |
|---|---|---|---|

Herkimer County Office for the Aging
109 Mary Street
Suite 1101
Herkimer, NY 13350

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** prior to 10/1/2013

**Last 4 digits of account number** _

**Basis for the claim:** Trade debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.84 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $18.38 |
|---|---|---|---|

Herkimer County Sewer District
106 W. Main Street
Mohawk, NY 13407-1096

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** prior to 10/1/2013

**Last 4 digits of account number** _

**Basis for the claim:** Services provided

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.85 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $35.00 |
|---|---|---|---|

Herkimer Eye Care Center
394 E. State Street
Herkimer, NY 13350

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** prior to 10/1/2013

**Last 4 digits of account number** _

**Basis for the claim:** Services provided

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.86 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,436.35 |
|---|---|---|---|

Herkimer Janitorial Supply, Inc.
251 Osborne Hill Road
Herkimer, NY 13350

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** prior to 10/1/2013

**Last 4 digits of account number** _

**Basis for the claim:** Services provided

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Folts Home | | | Case number (if known) | |
|---|---|---|---|---|---|
| | Name | | | | |

---

**3.87** | **Nonpriority creditor's name and mailing address**
Herkimer Town Clerk
Herkimer Town Offices
114 North Prospect Street
Herkimer, NY 13350

**Date(s) debt was incurred**  prior to 10/1/2013

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*            $43,333.29

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Unknown

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.88** | **Nonpriority creditor's name and mailing address**
Hess Corporation
1185 Avenue of the Americas, 40th Floor
New York, NY 10036

**Date(s) debt was incurred**  prior to 10/1/2013

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*            $83,199.02

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Goods sold

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.89** | **Nonpriority creditor's name and mailing address**
Hewlett-Packard Co.
1501 Page Mill Road
Palo Alto, CA 94304

**Date(s) debt was incurred**  prior to 10/1/2013

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*            $1,438.52

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Goods sold

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.90** | **Nonpriority creditor's name and mailing address**
Hill & Markes Co.
P.O. Box 7
1997 State Highway 5S
Amsterdam, NY 12010

**Date(s) debt was incurred**  prior to 10/1/2013

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*            $2,982.06

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Goods sold

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.91** | **Nonpriority creditor's name and mailing address**
HomeLife Companies, Inc.
13 East Winter Street
Delaware, OH 43015

**Date(s) debt was incurred**  February 2017

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*            $10,463.35

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  HomeLife debt under Receiver Agreement dated
November 1, 2014

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.92** | **Nonpriority creditor's name and mailing address**
Hummel's Office Equipment
114 W. Albany Street
Herkimer, NY 13350-1989

**Date(s) debt was incurred**  prior to 10/1/2013

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*            $4,979.85

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Goods sold

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.93** | **Nonpriority creditor's name and mailing address**
InstantWhip - Eastern New York, Inc.
3106 Wayne Street
Endicott, NY 13760

**Date(s) debt was incurred**  prior to 10/1/2013

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*            $3,151.05

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade debt

Is the claim subject to offset? ☑ No  ☐ Yes

---

| Debtor | Folts Home | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.94 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $250.00 |
|---|---|---|---|

Ivans, Inc.
225 High Ridge Road
Stamford, CT 06905

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** prior to 10/1/2013

**Basis for the claim:** Trade debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.95 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $5,594.81 |
|---|---|---|---|

Joseph Flihan Co.
426 Broad Street
Utica, NY 13501

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** prior to 10/1/2013

**Basis for the claim:** Trade debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.96 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $175.00 |
|---|---|---|---|

Joseph Pashley
272 Millers Grove
Frankfort, NY 13340

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** prior to 10/1/2013

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.97 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $8,395.80 |
|---|---|---|---|

K & A Services Co.
6400 Collamer Road
East Syracuse, NY 13057-1032

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** prior to 10/1/2013

**Basis for the claim:** Trade debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.98 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $855.00 |
|---|---|---|---|

Kinsley Power Systems
6200 E. Molloy Road
East Syracuse, NY 13057

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** prior to 10/1/2013

**Basis for the claim:** Goods sold

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.99 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $257.91 |
|---|---|---|---|

Kunkel Ambulance Service
410 Catherine Street
Utica, NY 13501

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** prior to 10/1/2013

**Basis for the claim:** Services provided

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $10,128.80 |
|---|---|---|---|

Lawrence Kozak
220 Butternut Road
Richfield Springs, NY 13439

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** prior to 10/1/2013

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Folts Home | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.101 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $24,115.52 |
|---|---|---|---|
| | Leading Age New York | ☐ Contingent | |
| | 13 British American Boulevard, Suite 2 | ☐ Unliquidated | |
| | Latham, NY 12110-1431 | ☐ Disputed | |
| | **Date(s) debt was incurred** prior to 10/1/2013 | **Basis for the claim:** Trade debt | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.102 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $68.31 |
|---|---|---|---|
| | Little Falls Ambulance | ☐ Contingent | |
| | 659 E. Main Street | ☐ Unliquidated | |
| | Little Falls, NY 13365 | ☐ Disputed | |
| | **Date(s) debt was incurred** prior to 10/1/2013 | **Basis for the claim:** Services provided | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.103 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $4,231.34 |
|---|---|---|---|
| | Little Falls Hospital | ☐ Contingent | |
| | 140 Burwell Street | ☐ Unliquidated | |
| | Little Falls, NY 13365 | ☐ Disputed | |
| | **Date(s) debt was incurred** prior to 10/1/2013 | **Basis for the claim:** Trade debt | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.104 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $804.58 |
|---|---|---|---|
| | Mailfinance Services | ☐ Contingent | |
| | 478 Wheelers Farms Road | ☐ Unliquidated | |
| | Milford, CT 06461 | ☐ Disputed | |
| | **Date(s) debt was incurred** prior to 10/1/2013 | **Basis for the claim:** Trade debt | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.105 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $401.29 |
|---|---|---|---|
| | Mary Imogene Bassett Hospital | ☐ Contingent | |
| | 1 Atwell Road | ☐ Unliquidated | |
| | Cooperstown, NY 13326 | ☐ Disputed | |
| | **Date(s) debt was incurred** prior to 10/1/2013 | **Basis for the claim:** Trade debt | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.106 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $604.60 |
|---|---|---|---|
| | Mass Mutual | ☐ Contingent | |
| | 1295 State Street | ☐ Unliquidated | |
| | Springfield, MA 01111 | ☐ Disputed | |
| | **Date(s) debt was incurred** prior to 10/1/2013 | **Basis for the claim:** Services provided | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.107 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2.31 |
|---|---|---|---|
| | Max and Blom, M.D., P.C.'s | ☐ Contingent | |
| | Faxton, 4th Floor | ☐ Unliquidated | |
| | 1676 Sunset Avenue | ☐ Disputed | |
| | Utica, NY 13502 | **Basis for the claim:** Trade debt | |
| | **Date(s) debt was incurred** prior to 10/1/2013 | | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | Folts Home | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.108 | **Nonpriority creditor's name and mailing address**<br>Med-Rev Recoveries, Inc.<br>100 Metropolitan Park Drive, #100<br>Liverpool, NY 13088 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $3,425.00 |
|---|---|---|---|
| | **Date(s) debt was incurred** prior to 10/1/2013 | **Basis for the claim:**  Services provided | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.109 | **Nonpriority creditor's name and mailing address**<br>Medco Equipment Inc.<br>30 Hilltop Road<br>Houlton, WI 54082 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,560.00 |
|---|---|---|---|
| | **Date(s) debt was incurred** prior to 10/1/2013 | **Basis for the claim:**  Trade debt | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.110 | **Nonpriority creditor's name and mailing address**<br>Medical Staffing Network Inc.<br>6551 Park of Commerce Boulevard<br>Boca Raton, FL 33487 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,007.25 |
|---|---|---|---|
| | **Date(s) debt was incurred** prior to 10/1/2013 | **Basis for the claim:**  Trade debt | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.111 | **Nonpriority creditor's name and mailing address**<br>Medspar<br>400 Plaza Drive<br>Suite C<br>Vestal, NY 13850 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $873.15 |
|---|---|---|---|
| | **Date(s) debt was incurred** prior to 10/1/2013 | **Basis for the claim:**  Trade debt | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.112 | **Nonpriority creditor's name and mailing address**<br>Melyx Corporation<br>21830 Industrial Boulevard<br>Rogers, MN 55374 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $800.00 |
|---|---|---|---|
| | **Date(s) debt was incurred** prior to 10/1/2013 | **Basis for the claim:**  Trade debt | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.113 | **Nonpriority creditor's name and mailing address**<br>Mohawk Hospital Equipment<br>335 Columbia Street<br>Utica, NY 13502-4270 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $26,975.52 |
|---|---|---|---|
| | **Date(s) debt was incurred** prior to 10/1/2013 | **Basis for the claim:**  Trade debt | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.114 | **Nonpriority creditor's name and mailing address**<br>Mohawk Valley Ambulance Corps., Inc.<br>15 State Route 5S<br>Mohawk, NY 13407 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $225.00 |
|---|---|---|---|
| | **Date(s) debt was incurred** prior to 10/1/2013 | **Basis for the claim:**  Trade debt | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | Folts Home | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.115 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $7.22 |
|---|---|---|---|

Mohawk Valley Imaging, P.C.
103 Twin Oaks Drive
Syracuse, NY 13206-1205

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** prior to 10/1/2013

**Basis for the claim:** Trade debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $16.48 |
|---|---|---|---|

Mohawk Valley Retina PLLC
120 Memorial Parkway
Utica, NY 13501

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** prior to 10/1/2013

**Basis for the claim:** Trade debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $4,192.25 |
|---|---|---|---|

Morphotrust USA, Inc.
296 Concord Road, Suite 300
Billerica, MA 01821

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** prior to 10/1/2013

**Basis for the claim:** Trade debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $20,905.23 |
|---|---|---|---|

Mountainside Medical
9262 Old River Road
P.O. Box 247
Marcy, NY 13403-3042

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** prior to 10/1/2013

**Basis for the claim:** Trade debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $205,773.76 |
|---|---|---|---|

National Grid
300 Erie Boulevard West
Attn: Bankruptcy Team
Syracuse, NY 13202

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** prior to 10/1/2013

**Basis for the claim:** Services provided

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $58,219.13 |
|---|---|---|---|

Nelson Assiociates
1 North Park Row
Clinton, NY 13323

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** prior to 10/1/2013

**Basis for the claim:** Services provided

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $48,984.97 |
|---|---|---|---|

New York State Insurance Fund
1045 7th North Street
Liverpool, NY 13088

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** prior to 10/1/2013

**Basis for the claim:** Unknown

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | Folts Home | | |
|---|---|---|---|
| | Name | Case number (if known) | |

---

**3.122** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$4,237.20**

Northeast Medical, Inc.
6208 Breed Road
Camillus, NY 13031-9634

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** prior to 10/1/2013

**Basis for the claim:** Trade debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.123** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$289.57**

Northern Safety Co., Inc.
P.O. Box 4250
Utica, NY 13504-4250

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** prior to 10/1/2013

**Basis for the claim:** Goods sold

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.124** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,881.76**

Northland Communications
1 Dupli Park Drive
Syracuse, NY 13218

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** prior to 10/1/2013

**Basis for the claim:** Services provided

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.125** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$97.00**

Nunn's Home Medical Equipment
1340 Floyd Avenue
Rome, NY 13440

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** prior to 10/1/2013

**Basis for the claim:** Trade debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.126** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$42,865.94**

NYAHSA
150 State Street
Suite 301
Albany, NY 12207-1655

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** prior to 10/1/2013

**Basis for the claim:** Trade debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.127** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,000.00**

NYS Department of Health
NYS Office of the Attorney General
The Capitol
Albany, NY 12224

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** prior to 10/1/2013

**Basis for the claim:** Trade debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.128** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$4,919.70**

Observer-Dispatch
221 Oriskany Plaza
Utica, NY 13501

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** prior to 10/1/2013

**Basis for the claim:** Services provided

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  Folts Home
_____          Case number (if known) _____
Name

| 3.129 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $144.22 |
|---|---|---|---|

Omnicare of New York
1600 River Center II
100 E. River Center Boulevard
Covington, KY 41011-1555

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  prior to 10/1/2013

**Basis for the claim:**  Trade debt

**Last 4 digits of account number**  _

Is the claim subject to offset? ■ No ☐ Yes

| 3.130 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $170.90 |
|---|---|---|---|

Optuminsight, Inc.
13625 Technology Drive
Eden Prairie, MN 55344

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  prior to 10/1/2013

**Basis for the claim:**  Trade debt

**Last 4 digits of account number**  _

Is the claim subject to offset? ■ No ☐ Yes

| 3.131 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $2,000.31 |
|---|---|---|---|

Otis Elevator Company
5 Technology Place
East Syracuse, NY 13057-9490

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  prior to 10/1/2013

**Basis for the claim:**  Services provided

**Last 4 digits of account number**  _

Is the claim subject to offset? ■ No ☐ Yes

| 3.132 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,224.02 |
|---|---|---|---|

P.J. Green, Inc.
24 Corporate Circle, #2
East Syracuse, NY 13057

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  prior to 10/1/2013

**Basis for the claim:**  Services provided

**Last 4 digits of account number**  _

Is the claim subject to offset? ■ No ☐ Yes

| 3.133 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $320.04 |
|---|---|---|---|

Pearson Education Co.
1 Lake Street
Upper Saddle River, NJ 07458

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  prior to 10/1/2013

**Basis for the claim:**  Trade debt

**Last 4 digits of account number**  _

Is the claim subject to offset? ■ No ☐ Yes

| 3.134 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,438.81 |
|---|---|---|---|

Phoenix Textile Corp.
21 Commerce Drive
O Fallon, MO 63366

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred**  prior to January 2016

**Basis for the claim:**  HomeLife debt under Receiver Agreement dated
November 1, 2014

**Last 4 digits of account number**  _

Is the claim subject to offset? ■ No ☐ Yes

| 3.135 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $26,464.65 |
|---|---|---|---|

ProNexus Co.
171 Sully's Trail
Pittsford, NY 14534

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  prior to 10/1/2013

**Basis for the claim:**  Trade debt

**Last 4 digits of account number**  _

Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

| Debtor | Folts Home | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.136** **Nonpriority creditor's name and mailing address**

ProNexus Co.
171 Sully's Trail
Pittsford, NY 14534

**Date(s) debt was incurred** _February 2017_

**Last 4 digits of account number** _ _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _HomeLife debt under Receiver Agreement dated November 1, 2014_

**Is the claim subject to offset?** ■ No ☐ Yes

$920.00

---

**3.137** **Nonpriority creditor's name and mailing address**

Pugliese Pest Solutions, Inc.
1001 Noyes Street
Utica, NY 13502

**Date(s) debt was incurred** _prior to 10/1/2013_

**Last 4 digits of account number** _ _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Services provided_

**Is the claim subject to offset?** ■ No ☐ Yes

$135.00

---

**3.138** **Nonpriority creditor's name and mailing address**

Quandts Food Service, Inc.
105 Quist Road
P.O. Box 700
Amsterdam, NY 12010-0700

**Date(s) debt was incurred** _prior to 10/1/2013_

**Last 4 digits of account number** _ _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Trade debt_

**Is the claim subject to offset?** ■ No ☐ Yes

$29,360.22

---

**3.139** **Nonpriority creditor's name and mailing address**

Radiology Associates
185 Genesee Street
Utica, NY 13501

**Date(s) debt was incurred** _prior to 10/1/2013_

**Last 4 digits of account number** _ _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Trade debt_

**Is the claim subject to offset?** ■ No ☐ Yes

$369.21

---

**3.140** **Nonpriority creditor's name and mailing address**

Receivables Control Corporation
7373 Kirkwood Court, Suite 200
Maple Grove, MN 55369

**Date(s) debt was incurred** _prior to 10/1/2013_

**Last 4 digits of account number** _ _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Trade debt_

**Is the claim subject to offset?** ■ No ☐ Yes

$1,380.00

---

**3.141** **Nonpriority creditor's name and mailing address**

Reliable Health Systems, LLC
2610 Nostrand Avenue
Brooklyn, NY 11210

**Date(s) debt was incurred** _prior to 10/1/2013_

**Last 4 digits of account number** _ _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Trade debt_

**Is the claim subject to offset?** ■ No ☐ Yes

$2,165.00

---

**3.142** **Nonpriority creditor's name and mailing address**

Resident Shoppers Service, Inc.
5946 Success Drive
Rome, NY 13440

**Date(s) debt was incurred** _prior to 10/1/2013_

**Last 4 digits of account number** _ _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Services provided_

**Is the claim subject to offset?** ■ No ☐ Yes

$224.67

---

| Debtor | Folts Home | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.143 | **Nonpriority creditor's name and mailing address**<br>Richard D. Wroblewski<br>67 W. Main Street<br>Mohawk, NY 13407-1039<br><br>**Date(s) debt was incurred** prior to 10/1/2013<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $1,650.00 |
|---|---|---|---|
| 3.144 | **Nonpriority creditor's name and mailing address**<br>Riverside Dental<br>338 E. State Street<br>Herkimer, NY 13350<br><br>**Date(s) debt was incurred** prior to 10/1/2013<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Services provided<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $427.45 |
| 3.145 | **Nonpriority creditor's name and mailing address**<br>Rorick Podiatry<br>587 Main Street<br>Suite 102B<br>New York Mills, NY 13417<br><br>**Date(s) debt was incurred** prior to 10/1/2013<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Trade debt<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $132.57 |
| 3.146 | **Nonpriority creditor's name and mailing address**<br>Ruffo Tabora Mainello & McKay, P.C.<br>311 Great Oaks Boulevard<br>Albany, NY 12203-7911<br><br>**Date(s) debt was incurred** prior to 10/1/2013<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Services provided<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $29,856.72 |
| 3.147 | **Nonpriority creditor's name and mailing address**<br>Rural Metro Medical Services<br>488 W. Onondaga Street<br>Syracuse, NY 13202<br><br>**Date(s) debt was incurred** prior to 10/1/2013<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Services provided<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $497.58 |
| 3.148 | **Nonpriority creditor's name and mailing address**<br>Saunders Kahler, LLC<br>185 Genesee Street, Suite 1400<br>Utica, NY 13501<br><br>**Date(s) debt was incurred** February 2017<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:** HomeLife debt under Receiver Agreement dated November 1, 2014<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $1,539.00 |
| 3.149 | **Nonpriority creditor's name and mailing address**<br>Select Rehabilitation<br>2600 Compass Road<br>Glenview, IL 60026<br><br>**Date(s) debt was incurred** prior to 10/1/2013<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Trade debt<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $359,260.99 |

| Debtor | Folts Home | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.150**

**Nonpriority creditor's name and mailing address**
Shamrock Sewer Services, LLC
41 2nd Avenue
Ilion, NY 13357

**Date(s) debt was incurred** _prior to January 2016_

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*    **$600.00**

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _HomeLife debt under Receiver Agreement dated November 1, 2014_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.151**

**Nonpriority creditor's name and mailing address**
Simplex Time Recorder Co.
415 E. Main Street
Endicott, NY 13760

**Date(s) debt was incurred** _prior to 10/1/2013_

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*    **$6,442.08**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Trade debt_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.152**

**Nonpriority creditor's name and mailing address**
Slocum Dickson Medical
1729 Burrstone Road
New Hartford, NY 13413-1093

**Date(s) debt was incurred** _prior to 10/1/2013_

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*    **$83.19**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Trade debt_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.153**

**Nonpriority creditor's name and mailing address**
St. Elizabeth Medical Center
2209 Genesee Street
Utica, NY 13501

**Date(s) debt was incurred** _prior to 10/1/2013_

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*    **$3,387.98**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Trade debt_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.154**

**Nonpriority creditor's name and mailing address**
Staples Business Advantage
Dept. ROC
P.O. Box 415256
Boston, MA 02241

**Date(s) debt was incurred** _February 2017_

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*    **$45.32**

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _HomeLife debt under Receiver Agreement dated November 1, 2014_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.155**

**Nonpriority creditor's name and mailing address**
Statewide Machinery, Inc.
60 Pixley Industrial Parkway
Rochester, NY 14624-2378

**Date(s) debt was incurred** _prior to 10/1/2013_

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*    **$3,355.66**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Good sold_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.156**

**Nonpriority creditor's name and mailing address**
Stewarts Shop
260 Mohawk Street
Herkimer, NY 13350

**Date(s) debt was incurred** _prior to January 2016_

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*    **$120.00**

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _HomeLife debt under Receiver Agreement dated November 1, 2014_

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Folts Home | | |
|---|---|---|---|
| | Name | Case number (if known) | |

| | | | |
|---|---|---|---|
| 3.157 | **Nonpriority creditor's name and mailing address**<br>Superior Plus Energy Services<br>5868 Success Drive<br>Rome, NY 13440<br><br>**Date(s) debt was incurred** prior to 10/1/2013<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Goods sold<br><br>Is the claim subject to offset? ■ No ☐ Yes | $1,097.63 |
| 3.158 | **Nonpriority creditor's name and mailing address**<br>Swish Co.<br>9225 River Road<br>Marcy, NY 13403<br><br>**Date(s) debt was incurred** prior to 10/1/2013<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Trade debt<br><br>Is the claim subject to offset? ■ No ☐ Yes | $2,262.35 |
| 3.159 | **Nonpriority creditor's name and mailing address**<br>The CBORD Group, Inc.<br>950 Danby Road<br>Suite 100C<br>Ithaca, NY 14850<br><br>**Date(s) debt was incurred** prior to 10/1/2013<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Goods sold<br><br>Is the claim subject to offset? ■ No ☐ Yes | $1,521.31 |
| 3.160 | **Nonpriority creditor's name and mailing address**<br>The Evening Telegram<br>111 Green Street<br>P.O. Box 551<br>Herkimer, NY 13350-0551<br><br>**Date(s) debt was incurred** prior to 10/1/2013<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Services provided<br><br>Is the claim subject to offset? ■ No ☐ Yes | $1,979.15 |
| 3.161 | **Nonpriority creditor's name and mailing address**<br>The Evening Times<br>1010 Highway 77 North<br>Marion, AR 72364<br><br>**Date(s) debt was incurred** prior to 10/1/2013<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Services provided<br><br>Is the claim subject to offset? ■ No ☐ Yes | $632.70 |
| 3.162 | **Nonpriority creditor's name and mailing address**<br>The Hartford Financial Services Group<br>690 Asylum Avenue<br>Hartford, CT 06155<br><br>**Date(s) debt was incurred** prior to 10/1/2013<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Services provided<br><br>Is the claim subject to offset? ■ No ☐ Yes | $6,791.64 |
| 3.163 | **Nonpriority creditor's name and mailing address**<br>Theodore D. Wind, O.D.<br>45 W. Main Street<br>Little Falls, NY 13365<br><br>**Date(s) debt was incurred** prior to 10/1/2013<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Services provided<br><br>Is the claim subject to offset? ■ No ☐ Yes | $200.00 |

| Debtor | Folts Home | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.164** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,560.11**

Thyssenkrupp Elevator
6067 Corporate Drive
East Syracuse, NY 13057

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  prior to 10/1/2013

**Basis for the claim:**  Services provided

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.165** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,489.96**

Time Warner Cable
Division Office
120 Plaza Drive, Suite D
Vestal, NY 13850-3640

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  prior to 10/1/2013

**Basis for the claim:**  Services provided

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.166** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,500.00**

Tom Urdang
246 County Highway 151
Dolgeville, NY 13329

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  prior to 10/1/2013

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.167** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,645.00**

TotalKare of America, Inc.
1112 East Fayette Street, 2nd Floor
Syracuse, NY 13210-1922

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  prior to 10/1/2013

**Basis for the claim:**  Trade debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.168** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$40,000.00**

Town of Herkimer and Town Assessor
114 N. Prospect Street
Herkimer, NY 13350

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  May 1, 1999

**Basis for the claim:**  Indebtedness due under Municipal Services Agreement

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.169** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$130.11**

Tri County Medical, P.C.
111 East Chestnut Street
Suite 6, Lower Level
Rome, NY 13440

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  prior to 10/1/2013

**Basis for the claim:**  Trade debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.170** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$347.00**

True Yellow Pages
10624 S. Eastern Avenue, Suite A-417
Henderson, NV 89052

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  prior to 10/1/2013

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Folts Home | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.171** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$76.92**

United Telemanagement Corp.
6450 Poe Avenue
Suite 401
Dayton, OH 45414

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _prior to 10/1/2013_

**Basis for the claim:** _Goods sold_

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.172** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,150.00**

Utica Valley Electric Supply
2415 W. Whitesboro Street
P.O. Box 230
Yorkville, NY 13495

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _prior to 10/1/2013_

**Basis for the claim:** _Goods sold_

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.173** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$916.64**

Verizon Wireless
P.O. Box 4003
Acworth, GA 30101

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _prior to 10/1/2013_

**Basis for the claim:** _Services provided_

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.174** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$119,544.70**

Village of Herkimer
120 Green Street
Herkimer, NY 13350

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _prior to 10/1/2013_

**Basis for the claim:** _Unknown_

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.175** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown**

Village of Herkimer
120 Green Street
Herkimer, NY 13350

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _May 1, 1999_

**Basis for the claim:** _Indebtedness due under Municipal Services Agreement (see entry for Town of Herkimer and Town Assessor)_

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.176** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$24,702.49**

Village of Herkimer Water & Sewer Dept.
S. Washington Street
Herkimer, NY 13350

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _prior to 10/1/2013_

**Basis for the claim:** _Utility services_

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.177** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$18,653.38**

Waste Management of Utica
2003 Bleecker Street
Utica, NY 13501

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _prior to 10/1/2013_

**Basis for the claim:** _Services provided_

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | Folts Home | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.178 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,400.70 |
|---|---|---|---|

Wells Fargo Equipment Finance
283 Commack Road
Commack, NY 11725

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _prior to 10/1/2013_

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.179 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $24,435.00 |
|---|---|---|---|

Wyatt Funding Corp.
22 Wrights Mill Road
Armonk, NY 10504

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _prior to 10/1/2013_

**Basis for the claim:** _Trade debt_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

## Part 3:    List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | A.S. Neurology, P.C.<br>Attn: Dr. Ahmed A. Shatla<br>210 Old Campion Road<br>New Hartford, NY 13413 | Line _3.1_<br>☐ Not listed. Explain ____ | _ |
| 4.2 | Bank of New York Mellon<br>811 Court Street<br>Utica, NY 13502 | Line _3.16_<br>☐ Not listed. Explain ____ | _ |
| 4.3 | Carriage House Medical Management<br>3985 Oneida Street, #101<br>New Hartford, NY 13413 | Line _3.28_<br>☐ Not listed. Explain ____ | _ |
| 4.4 | Central New York Cardiology<br>Orchard Hill Medical Building<br>301 Genesee Street, Suite B<br>Oneida, NY 13421 | Line _3.33_<br>☐ Not listed. Explain ____ | _ |
| 4.5 | Chem RX<br>16 Walker Way<br>Albany, NY 12205 | Line _3.35_<br>☐ Not listed. Explain ____ | _ |
| 4.6 | Direct Supply, Inc.<br>L.T. Care Suppliers<br>Bin 201<br>Milwaukee, WI 53288 | Line _3.51_<br>☐ Not listed. Explain ____ | _ |
| 4.7 | Ellis Medicine<br>P.O. Box 29930<br>New York, NY 10087-9930 | Line _3.60_<br>☐ Not listed. Explain ____ | _ |
| 4.8 | Emergency Physician Services of NY, PC<br>P.O. Box 636008<br>Cincinnati, OH 45263-6008 | Line _3.61_<br>☐ Not listed. Explain ____ | _ |

---

| Debtor | Folts Home | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.9 | Excellus Health Plan Group<br>333 Butternut Drive<br>Syracuse, NY 13214-1803 | Line 3.63<br><br>☐ Not listed. Explain ____ | _ |
| 4.10 | Faxton St. Lukes Healthcare<br>P.O. Box 4849<br>Utica, NY 13504-4849 | Line 3.65<br><br>☐ Not listed. Explain ____ | _ |
| 4.11 | Faxton St. Lukes Healthcare<br>P.O. Box 479<br>Utica, NY 13503 | Line 3.65<br><br>☐ Not listed. Explain ____ | _ |
| 4.12 | Guardian Life Insurance Co.<br>P.O. Box 26100<br>Lehigh Valley, PA 18002-6100 | Line 3.74<br><br>☐ Not listed. Explain ____ | _ |
| 4.13 | Health System Services Co.<br>6867 Williams Road<br>Niagara Falls, NY 14304 | Line 3.79<br><br>☐ Not listed. Explain ____ | _ |
| 4.14 | Joseph Flihan Co.<br>418-426 Broad Street<br>P.O. Box 4039<br>Utica, NY 13504-4039 | Line 3.95<br><br>☐ Not listed. Explain ____ | _ |
| 4.15 | Kinsley Power Systems<br>14 Connecticut South Drive<br>East Granby, CT 06026 | Line 3.98<br><br>☐ Not listed. Explain ____ | _ |
| 4.16 | Med-Rev Recoveries, Inc.<br>c/o John Saint Dennis<br>1217 Milton Avenue<br>Syracuse, NY 13209-0280 | Line 3.108<br><br>☐ Not listed. Explain ____ | _ |
| 4.17 | Medspar<br>P.O. Box 830<br>Binghamton, NY 13902-0830 | Line 3.111<br><br>☐ Not listed. Explain ____ | _ |
| 4.18 | Mohawk Valley Retina PLLC<br>83 Genesee Street<br>New Hartford, NY 13413 | Line 3.116<br><br>☐ Not listed. Explain ____ | _ |
| 4.19 | Northern Safety Co., Inc.<br>126 Industrial Park Drive<br>Frankfort, NY 13340 | Line 3.123<br><br>☐ Not listed. Explain ____ | _ |
| 4.20 | Nunn's Home Medical Equipment<br>817 East Genesee Street<br>Syracuse, NY 13210 | Line 3.125<br><br>☐ Not listed. Explain ____ | _ |
| 4.21 | P.J. Green, Inc.<br>100 Whitesboro Street<br>P.O. Box 4026<br>Utica, NY 13504 | Line 3.132<br><br>☐ Not listed. Explain ____ | _ |

| Debtor | Folts Home | Case number (if known) | |
|--------|-----------|------------------------|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---------------------------|--------------------------------------------------------------------------|------------------------------------------|
| 4.22 | Phoenix Textile Corporation<br>P.O. Box 1328<br>Saint Peters, MO 63376-0023 | Line 3.134<br>☐ Not listed. Explain ____ | _ |
| 4.23 | Pugliese Pest Solutions<br>909 Oswego Street<br>Utica, NY 13502 | Line 3.137<br>☐ Not listed. Explain ____ | _ |
| 4.24 | Rural Metro Medical Services<br>P.O. Box 671<br>Syracuse, NY 13201 | Line 3.147<br>☐ Not listed. Explain ____ | _ |
| 4.25 | The Evening Times<br>P.O. Box 459<br>West Memphis, AR 72303 | Line 3.161<br>☐ Not listed. Explain ____ | _ |
| 4.26 | The Hartford<br>300 S. State Street<br>Syracuse, NY 13202 | Line 3.162<br>☐ Not listed. Explain ____ | _ |
| 4.27 | Time Warner Cable<br>P.O. Box 4222<br>Buffalo, NY 14240-4222 | Line 3.165<br>☐ Not listed. Explain ____ | _ |
| 4.28 | Village of Herkimer, Herkimer County<br>120 Green Street<br>Herkimer, NY 13350 | Line 3.176<br>☐ Not listed. Explain ____ | _ |
| 4.29 | Waste Management of Utica<br>P.O. Box 13648<br>Philadelphia, PA 19101-3648 | Line 3.177<br>☐ Not listed. Explain ____ | _ |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---------|----------------------------------------------------------------|

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 32,000.00 |
| 5b. Total claims from Part 2 | 5b. + | $ | 2,841,910.37 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 2,873,910.37 |

**Fill in this information to identify the case:**

Debtor name          Folts Home

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF NEW YORK

Case number (if known)    _____

☐ Check if this is an
  amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
      ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
      ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal* *Property*
      (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | Major Account Services-Master Services Agreement by and between ADP, Inc. and Folts Home dated November 17, 2015 | |
| | State the term remaining | | ADP, LLC One ADP Boulevard Roseland, NJ 07068 |
| | List the contract number of any government contract | | |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | CDPHP Participating Facility Agreement by and between Capital District Physician's Health Plan, Inc. and HomeLife at Folts, LLC dated May 1, 2016 | |
| | State the term remaining | 2 months, with annual renewals | Capital District Physicians' Health Plan 500 Patroon Creek Boulevard Albany, NY 12206-1057 |
| | List the contract number of any government contract | | |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | Dietary Services Agreement by and between Central Care Solutions LLC and HomeLife at Folts, LLC dated February 15, 2015 | |
| | State the term remaining | 30 day renewals | Central Care Solutions, LLC Attn:  Mark Kalmanowitz 1420 East Linden Avenue Linden, NJ 07036 |
| | List the contract number of any government contract | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor 1    Folts Home                                    Case number (if known)
_____
First Name    Middle Name    Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest | Pharmacy Services Agreement by and between Colonial LTC Pharmacy, Inc. and HomeLife Companies at Folts, LLC dated February 14, 2015 |
| State the term remaining | 2 years |
| List the contract number of any government contract | Colonial LTC Pharmacy, Inc. Attn: Robert Langdon, R.PH. 100 Main Street Whitesboro, NY 13492 |
| **2.5.** State what the contract or lease is for and the nature of the debtor's interest | Master Agreement by and between Digital Office Solutions ad HomeLife at Folts, LLC dated February 25, 2015 and supplemented on August 30, 2016 for the purchase of 2 Kyocera Taskalfa 420i, 2 Kyocera Copystar CS420i, and 1 Copystar |
| State the term remaining | 6 months |
| List the contract number of any government contract | Digital Office Solutions 104 Saluda Ridge Court West Columbia, SC 29169 |
| **2.6.** State what the contract or lease is for and the nature of the debtor's interest | Dishmachine Lease Agreement by and between Ecolab, Inc. and HomeLife at Folts dated May 28, 2015 |
| State the term remaining | Annual 1 year renewals |
| List the contract number of any government contract | Ecolab, Inc. 370 N. Wabasha Street Saint Paul, MN 55102 |
| **2.7.** State what the contract or lease is for and the nature of the debtor's interest | Physician Services Agreement by and between Empire Wound Physician Services, PLLC and HomeLife at Folts Nursing & Rehab dated March 3, 2016 |
| State the term remaining | |
| List the contract number of any government contract | Empire Wound Physician Services, PLLC Attn: Mr. Milton Schachter 5800 Landerbrook Drive, #100 Cleveland, OH 44124 |

| Debtor 1 | Folts Home | | | Case number *(if known)* | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | Participating Provider Agreement for Skilled Nursing Facility Services by and between Excellus Health Plan and HomeLife at Folts, LLC dated March 21, 2016 | |
|---|---|---|---|
| | State the term remaining | No expiration date | Excellus Health Plan
12 Rhoads Drive
Utica, NY 13502 |
| | List the contract number of any government contract | | |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | Standard Skilled Nursing Facility Provider Agreement by and between New York State Catholic Health Plan, Inc. d/b/a Fidelis Care of New York and HomeLife at Folts, LLC dated May 5, 2016 | |
|---|---|---|---|
| | State the term remaining | 4 months with automatic renewals | Fidelis Care
31 British American Boulevard
Latham, NY 12110 |
| | List the contract number of any government contract | | |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | Customer Services Agreement by and between FP Mailing Solutions and HomeLife at Folts dated November 8, 2016 for postage meter | |
|---|---|---|---|
| | State the term remaining | 20 months | FP Mailing Solutions
140 N. Mitchell Court
Suite 200
Addison, IL 60101-5629 |
| | List the contract number of any government contract | | |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | Asset Purchase Agreement by and between Folts Adult Home, Inc., Folts Home, Folts Apartments, Inc. and HomeLife Companies, Inc. dated April 17, 2014, together with Extension Agreements dated September 30, 2014, January 31, 2015 and August 31, 2015 | |
|---|---|---|---|
| | State the term remaining | | HomeLife Companies, Inc.
13 East Winter Street
Delaware, OH 43015 |
| | List the contract number of any | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                Best Case Bankruptcy

Debtor 1   Folts Home
         First Name         Middle Name        Last Name

Case number *(if known)*

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | Agreement for Hospice Care to Skilled Nursing Facility Residents by and between Hospice & Palliative Care, Inc. and HomeLife at Folts dated May 6, 2015 | |
|---|---|---|---|
| | State the term remaining | | Hospice & Palliative Care |
| | List the contract number of any government contract | | 4277 Middle Settlement Road New Hartford, NY 13413 |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | Psychiatry Services Agreement by and between IPC Hospitalist Services of New York, P.C., HomeLife at Folts, LLC and HomeLife at Folts-Claxton, LLC dated August 1, 2015 | |
|---|---|---|---|
| | State the term remaining | Automatic annual renewals | IPC Hospitalist Services of NY, PC |
| | List the contract number of any government contract | | 4605 Lankershim Boulevard Suite 617 North Hollywood, CA 91602 |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | Diagnostic Healthcare Services Agreement by and between K&A Radiologic Technology Services, Inc. and HomeLife at Folts, LLC dated September 14, 2015 | |
|---|---|---|---|
| | State the term remaining | Automatic annual renewals | K&A Radiologic Technologiy Services, Inc |
| | List the contract number of any government contract | | 6400 NY-298 East Syracuse, NY 13057 |

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | Runout Agreement by and between Lifetime Benefit Solutions, Inc. and HomeLife at Folts, LLC dated June 11, 2015 | |
|---|---|---|---|
| | State the term remaining | | Lifetime Benefit Solutions, Inc. |
| | List the contract number of any government contract | | 115 Continuum Drive Liverpool, NY 13088 |

Debtor 1  Folts Home _____    Case number (if known) _____
          First Name    Middle Name    Last Name



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.16.** State what the contract or lease is for and the nature of the debtor's interest | Landscaping and Snowblowing Services Agreement by and between Mohawk Valley Landscaping and Folts Home dated September 27, 2016 | |
| State the term remaining | 2016-2017 season | Mohawk Valley Landscaping |
| List the contract number of any government contract | | 422 Henry Street Herkimer, NY 13350 |
| **2.17.** State what the contract or lease is for and the nature of the debtor's interest | Cylinder and Bulk Gas Agreement by and between Northeast Medical Repairs, Inc. and Folts Center Homes (Folts Home) dated September 20, 2016 | |
| State the term remaining | 8 months with 3 year renewal | Northeast Medical Repairs, Inc. |
| List the contract number of any government contract | | 6143 Van Alstine Road Camillus, NY 13031 |
| **2.18.** State what the contract or lease is for and the nature of the debtor's interest | Nursing Home Receiver Agreement by and between Folts Home, the New York State Department of Health and HomeLife at Folts, LLC dated November 1, 2014 | |
| State the term remaining | 1 month | NYS Department of Health |
| List the contract number of any government contract | | Erastus Corning Tower 24th Floor, Room 2482 Albany, NY 12237 |
| **2.19.** State what the contract or lease is for and the nature of the debtor's interest | Staff Augmentation Services Agreement by and between ProNexus and Folts Home dated December 18, 2015 | |
| State the term remaining | | ProNexus |
| List the contract number of any government contract | | 171 Sully's Trail Pittsford, NY 14534 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1   Folts Home
           First Name          Middle Name          Last Name                    Case number *(if known)*

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- |
| **2.20.** State what the contract or lease is for and the nature of the debtor's interest | Software and Web Hosting Lease Agreement by and between Reliable Health Systems, LLC and HomeLife at Folts, LLC dated February 13, 2015 |
| State the term remaining | Automatic 2-year renewals |
| List the contract number of any government contract | Reliable Health Systems, LLC<br>2610 Nostrand Avenue<br>Brooklyn, NY 11210 |
| **2.21.** State what the contract or lease is for and the nature of the debtor's interest | Software License Agreement by and between SBV Workforce Management, Inc. and HomeLife at Folts, LLC dated February 19, 2015 |
| State the term remaining | |
| List the contract number of any government contract | SBV Workforce Management, Inc.<br>2 Kile Court<br>Airmont, NY 10952 |
| **2.22.** State what the contract or lease is for and the nature of the debtor's interest | Agreement by and between Senior Network Health, LLC and HomeLife at Folts dated March 8, 2016 to provide certain medical and health-related services and social and environmental supports |
| State the term remaining | 1 month with automatic annual renewals |
| List the contract number of any government contract | Senior Network Health, LLC<br>1650 Champlin Avenue<br>Utica, NY 13502 |
| **2.23.** State what the contract or lease is for and the nature of the debtor's interest | Vending and Office Refreshment Agreement by and between Servomation Refreshments Inc. and Folts Home effective September 19, 2016 |
| State the term remaining | 32 months |
| List the contract number of any government contract | Servomation Refreshments Inc.<br>7098 Mount Pleasant Road<br>Canastota, NY 13032 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy

Debtor 1   Folts Home
           First Name        Middle Name        Last Name                    Case number *(if known)*

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.24. State what the contract or lease is for and the nature of the debtor's interest | Social Work Consultant Agreement by and between Susan Parker Zdanowicz, LMSW and HomeLife at Folts LLC dated August 1, 2016 | |
| State the term remaining | | Susan Parker Zdanowicz, LMSW |
| List the contract number of any government contract | | 417 East Walnut Street Herkimer, NY 13350 |
| 2.25. State what the contract or lease is for and the nature of the debtor's interest | Plantinum Services Agreement by and between ThyssenKrupp Elevator Corporation and HomeLife at Folts, LLC dated May 13, 2015 Automatic 18-month renewals | |
| State the term remaining | | ThyssenKrupp Elevator Corporation |
| List the contract number of any government contract | | 6067 Corporate Drive East Syracuse, NY 13057 |
| 2.26. State what the contract or lease is for and the nature of the debtor's interest | Service and Marketing Agreement by and between Time Warner Cable Enterprises LLC and HomeLife at Folts, LLC dated February 10, 2016 | |
| State the term remaining | 5 years with automatic annual renewals | Time Warner Cable Enterprises LLC |
| List the contract number of any government contract | | 2620 West Henrietta Road Rochester, NY 14623 |
| 2.27. State what the contract or lease is for and the nature of the debtor's interest | Services Agreement by and between Tyco SimplexGrinnell and Folts Home dated September 21, 2015 to relocate head in electrical closet | |
| State the term remaining | | Tyco SimplexGrinnell |
| List the contract number of any government contract | | 6731 Collamer Road Suite 4 East Syracuse, NY 13057 |

Debtor 1    Folts Home                                                    Case number *(if known)*
_____
First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.28.** State what the contract or lease is for and the nature of the debtor's interest | Ancillary Provider Participation Agreement by and between United HealthCare of New York, Inc., Oxford Health Plans (NY), Inc. and United HealthCare Insurance Compay and HomeLife at Folts, LLC d/b/a HomeLife at Folts | |
| State the term remaining | | United HealthCare of New York, Inc. 300 Meridian Center Boulevard Suite 320 Rochester, NY 14618 |
| List the contract number of any government contract | | |
| **2.29.** State what the contract or lease is for and the nature of the debtor's interest | Facility Participating Agreement by and between United HealthCare of New York, Inc. and FRNC LLC d/b/a Folts Center for Rehabilitation and Nursing Center dated October 1, 2013 and assigned to HomeLife at Folts, LLC d/b/a HomeLife at Folts on February 14, 2015 | |
| State the term remaining | | United HealthCare of New York, Inc. 300 Meridian Center Boulevard Suite 320 Rochester, NY 14618 |
| List the contract number of any government contract | | |
| **2.30.** State what the contract or lease is for and the nature of the debtor's interest | Purchase Agreement by and between Folts Home, Folts Adult Home, Inc. and Upstate Service Group, LLC dated February 13, 2017 | |
| State the term remaining | | Upstate Service Group, LLC Attn:  Efraim Steif One Hillcrest Center Drive, Suite 325 Spring Valley, NY 10977 |
| List the contract number of any government contract | | |

| Debtor 1 | Folts Home | | | Case number *(if known)* | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.31.** State what the contract or lease is for and the nature of the debtor's interest — Municipal Services Agreement by and between the Village of Herkimer, Town of Herkimer, Assessor for the Town of Herkimer, Folts, Inc., Folts Home, Folts Foundation, Inc., Folts Apartments, Inc. and Folts Adults Home, Inc. | |
| State the term remaining | |
| List the contract number of any government contract | Village of Herkimer<br>120 Green Street<br>Herkimer, NY 13350 |
| **2.32.** State what the contract or lease is for and the nature of the debtor's interest — Residential Health Care Facility Services Agreement by and between VNA Homecare Options, LLC and HomeLife at Folts | |
| State the term remaining | |
| List the contract number of any government contract | VNA Homecare Options, LLC<br>1050 West Genesee Street<br>Syracuse, NY 13204 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name ___Folts Home___

United States Bankruptcy Court for the: ___NORTHERN DISTRICT OF NEW YORK___

Case number (if known) _____

☐ Check if this is an
    amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | Folts Adult Home, Inc. | 104 N. Washington Street Herkimer, NY 13350 | Town of Herkimer and Town Assessor | ☐ D _____ ■ E/F ___3.168___ ☐ G _____ |
| 2.2 | Folts Adult Home, Inc. | 104 N. Washington Street Herkimer, NY 13350 | Village of Herkimer | ☐ D _____ ■ E/F ___3.175___ ☐ G _____ |
| 2.3 | Folts Adult Home, Inc. | 104 N. Washington Street Herkimer, NY 13350 | Rochdale Insurance Co. | ■ D ___2.20___ ☐ E/F _____ ☐ G _____ |
| 2.4 | Folts Adult Home, Inc. | 104 N. Washington Street Herkimer, NY 13350 | Wesco Insurance Company | ■ D ___2.24___ ☐ E/F _____ ☐ G _____ |
| 2.5 | Folts Apartments, Inc. | 104 N. Washington Street Herkimer, NY 13350 | Town of Herkimer and Town Assessor | ☐ D _____ ■ E/F ___3.168___ ☐ G _____ |

| Debtor | Folts Home | | Case number *(if known)* | |
|---|---|---|---|---|

**Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.6 | Folts Apartments, Inc. | 104 N. Washington Street Herkimer, NY 13350 | Village of Herkimer | ☐ D _____ <br> ■ E/F __3.175__ <br> ☐ G _____ |
| 2.7 | Folts Foundation, Inc. | 104 N. Washington Street Herkimer, NY 13350 | Town of Herkimer and Town Assessor | ☐ D _____ <br> ■ E/F __3.168__ <br> ☐ G _____ |
| 2.8 | Folts Foundation, Inc. | 104 N. Washington Street Herkimer, NY 13350 | Village of Herkimer | ☐ D _____ <br> ■ E/F __3.175__ <br> ☐ G _____ |
| 2.9 | Folts, Inc. | 104 N. Washington Street Herkimer, NY 13350 | Town of Herkimer and Town Assessor | ☐ D _____ <br> ■ E/F __3.168__ <br> ☐ G _____ |
| 2.10 | Folts, Inc. | 104 N. Washington Street Herkimer, NY 13350 | Village of Herkimer | ☐ D _____ <br> ■ E/F __3.175__ <br> ☐ G _____ |
| 2.11 | Folts, Inc. | 104 N. Washington Street Herkimer, NY 13350 | Rochdale Insurance Co. | ■ D __2.20__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.12 | Folts, Inc. | 104 N. Washington Street Herkimer, NY 13350 | Wesco Insurance Company | ■ D __2.24__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.13 | Folts Adult Home, Inc. | 104 North Washington Street Herkimer, NY 13350 | Village of Herkimer | ☐ D _____ <br> ☐ E/F _____ <br> ■ G __2.31__ |

Debtor    Folts Home _____    Case number *(if known)* _____

| | Additional Page to List More Codebtors |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.14 Folts Adult Home, Inc. | 104 N. Washington Street Herkimer, NY 13350 | HomeLife Companies, Inc. | ☐ D _____ <br> ☐ E/F _____ <br> ■ G ___2.11___ |
| 2.15 Folts Adult Home, Inc. | 104 N. Washington Street Herkimer, NY 13350 | Upstate Service Group, LLC | ☐ D _____ <br> ☐ E/F _____ <br> ■ G ___2.30___ |
| 2.16 Folts Apartments, Inc. | 104 North Washington Street Herkimer, NY 13350 | Village of Herkimer | ☐ D _____ <br> ☐ E/F _____ <br> ■ G ___2.31___ |
| 2.17 Folts Apartments, Inc. | 104 N. Washington Street Herkimer, NY 13350 | HomeLife Companies, Inc. | ☐ D _____ <br> ☐ E/F _____ <br> ■ G ___2.11___ |
| 2.18 Folts Foundation, Inc. | 104 North Washington Street Herkimer, NY 13350 | Village of Herkimer | ☐ D _____ <br> ☐ E/F _____ <br> ■ G ___2.31___ |
| 2.19 Folts, Inc. | 104 North Washington Street Herkimer, NY 13350 | Village of Herkimer | ☐ D _____ <br> ☐ E/F _____ <br> ■ G ___2.31___ |
| 2.20 HomeLife at Folts-Claxton, LLC | 104 North Washington Street Herkimer, NY 13350 | IPC Hospitalist Services of NY, PC | ☐ D _____ <br> ☐ E/F _____ <br> ■ G ___2.13___ |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Northern District of New York

In re   Folts Home

Debtor(s)

Case No. _____

Chapter   11

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
     compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
     be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

|  |  |  |
|---|---|---|
| For legal services, I have agreed to accept | $ | 215,000.00 |
| Prior to the filing of this statement I have received | $ | 215,000.00 |
| Balance Due | $ | 0.00 |

2.   The source of the compensation paid to me was:

     ■ Debtor      ☐ Other (specify):

3.   The source of compensation to be paid to me is:

     ■ Debtor      ☐ Other (specify):

4.   ■  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
        copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d.  Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
     e.  [Other provisions as needed]
        Negotiate with secured creditors, taxing authorities and other government agencies concerning claim treatment, negotiate
        with prospective purchasers, administer sale of assets under section 363 of Bankruptcy Code, negotiate use of cash
        collateral, prepare joint chapter 11 plan and joint disclosure statement and all matters to properly administer chapter 11
        case.

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

| February 16, 2017 | /s/ Stephen A. Donato |
|---|---|
| *Date* | Stephen A. Donato 101522 |
|  | *Signature of Attorney* |
|  | Bond, Schoeneck & King, PLLC |
|  | One Lincoln Center |
|  | Syracuse, NY 13202 |
|  | (315) 218-8000   Fax: (315) 218-8100 |
|  | sdonato@bsk.com |
|  | *Name of law firm* |

---

# United States Bankruptcy Court
## Northern District of New York

In re    Folts Home                               Case No. _____

                                     Debtor(s)          Chapter    11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| None | | | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

        I, the Chairman, Board of Directors of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    February 16, 2017                     Signature   /s/ Dr. Anthony E. Piana

                                                         Dr. Anthony E. Piana

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

A.S. Neurology, P.C.
Attn: Dr. Ahmed A. Shatla
210 Old Campion Road
Utica, NY 13502


A.S. Neurology, P.C.
Attn: Dr. Ahmed A. Shatla
210 Old Campion Road
New Hartford, NY 13413


Abbott Laboratories, Inc.
75 Remittance Drive
Suite 1310
Chicago, IL 60675-1310


ABC Fire Extinguisher Co.
719 Court Street
Utica, NY 13502-4117


Ability Network, Inc.
Butler Square
100 North 6th Street, Suite 900A
Minneapolis, MN 55403


ABJ Fire Protection Co.
6500 New Venture Gear Drive
East Syracuse, NY 13057


Adirondack Compressed Gas
2430 Chenango Road
Utica, NY 13502-5909


ADP, LLC
One ADP Boulevard
Roseland, NJ 07068


Adult Day Healthcare Council
13 British American Boulevard #2
Latham, NY 12110


Airgas East
2 Main Street
Whitesboro, NY 13492

American Red Cross of the Mohawk Valley
1415 Genesee Street
Utica, NY 13501


Amherst Radiology
6000 Bailey Avenue
Suite 1D
Buffalo, NY 14226


Amtrust North America, Inc.
800 Superior Avenue East, 21st Floor
Cleveland, OH 44114


Angie Dorantes
611 North Main Street
Herkimer, NY 13350


Anthony Franco
114 Rome Street
Mohawk, NY 13407-4732


Arjo Huntleigh Co.
2349 W. Lake Street, Suite 250
Addison, IL 60101


Auto Salvage Technologies, Inc.
3107 NY-28
Herkimer, NY 13350


Bank of New York Mellon
225 Liberty Street
New York, NY 10286


Bank of New York Mellon
811 Court Street
Utica, NY 13502


Bassett Healthcare
One Atwell Road
Cooperstown, NY 13326


Biogenic Dental Corporation
282 Genesee Street
Utica, NY 13502

Bonadio & Co., LLP
7936 Seneca Turnpike
Clinton, NY 13323


Bonadio Receivable Solutions, LLC
171 Sully's Trail, Suite 201
Pittsford, NY 14534


Brown-Randall, Inc.
5519 State Route 5
Herkimer, NY 13350-3509


Business Development Bureau
398 Columbus Avenue
Boston, MA 02116-6008


Businessware Consulting
125 West Main Street
Waterville, NY 13480-1165


Cable Express
5404 South Bay Road
Syracuse, NY 13212


Capital District Physicians' Health Plan
500 Patroon Creek Boulevard
Albany, NY 12206-1057


Carlo Masi & Sons, Inc.
Wholesale Fruit & Produce
9 Wurz Avenue
Utica, NY 13502-2533


Carolyn V. Neverusky
612 Church Street
Herkimer, NY 13350


Carriage House Medical Management
2514 Genesee Street
Utica, NY 13502


Carriage House Medical Management
3985 Oneida Street, #101
New Hartford, NY 13413

Carrier Northeast
P.O. Box 4808
Building TR-5
Syracuse, NY 13221-4808


Catskill Spring Water
800 Broad Street
Utica, NY 13501-1402


CDMT, Inc.
137 Lark Street
Albany, NY 12210


Centrad Healthcare LLC
184 Shuman Boulevard, Suite 130
Naperville, IL 60563


Central Care Solutions, LLC
Attn: Mark Kalmanowitz
1420 East Linden Avenue
Linden, NJ 07036


Central New York Cardiology
Marian Medical Building
2211 Genesee Street
Utica, NY 13501


Central New York Cardiology
Orchard Hill Medical Building
301 Genesee Street, Suite B
Oneida, NY 13421


Centrex Clinical Labs
28 Campion Road
New Hartford, NY 13413-1694


Chem RX
750 Park Place
Long Beach, NY 11561


Chem RX
16 Walker Way
Albany, NY 12205

Cintas Corporation
P.O. Box 630910
Cincinnati, OH 45263-0803


Clarkair Systems
645 Persons Street
East Aurora, NY 14052-2525


Clinton Tractor & Implement Co., Inc.
31 Meadow Street
Clinton, NY 13323


CNY Cardiology
2211 Genesee Street
Utica, NY 13501


Colonial LTC Pharmacy, Inc.
Attn: Robert Langdon, R.PH.
100 Main Street
Whitesboro, NY 13492


Cool Insuring Agency, Inc.
784 Troy-Schenectady Road
Latham, NY 12110-2400


Corby Industries, Inc.
812 N. Gilmore Street
Allentown, PA 18109


Craig Norman, Esq.
Solomon and Solomon P.C.
Five Columbia Circle
Albany, NY 12203


Daisy Healthcare
701 Sequoyah Road
Soddy Daisy, TN 37379


Datamatrix Technologies Inc.
333 Westchester Avenue
Suite S207
West Harrison, NY 10604

DayMark Safety Systems
12830 S. Dixie Highway
Bowling Green, OH 43402


Debra Brown
c/o Murad and Murad, P.C.
291 Genesee Street, 2nd Floor
Utica, NY 13501


Decor Planting by Bogner
45 Tamarack Drive
New Hartford, NY 13413


Deepak Buch, MD, EMP
104 Stonebridge Court
New Hartford, NY 13413


Dennis Chronkhite
610 Fordsbush Road
Fort Plain, NY 13339-3605


Dentcare Dental Services, P.C.
11 Arcadian Drive
Spring Valley, NY 10977


Dente Engineering P.C.
594 Broadway
Watervliet, NY 12189


Digital Office Solutions
104 Saluda Ridge Court
West Columbia, SC 29169


Direct Supply, Inc.
6767 N. Industrial Road
Milwaukee, WI 53223-5815


Direct Supply, Inc.
L.T. Care Suppliers
Bin 201
Milwaukee, WI 53288

Dr. Atul Butala
Atul Butala Physicians, P.C.
807 Newell Street
Utica, NY 13502


Dr. Charles Q. Bui
25825 S. Vermont Avenue
Harbor City, CA 90710


Dr. Gregory Rorick DPM
587 Main Street
Suite 102B
New York Mills, NY 13417


Dr. Om Wadhera
415 N. Prospect Street
Herkimer, NY 13350


Dynatronics Co.
7030 Park Centre Drive
Salt Lake City, UT 84121


Ecolab
12640 Bannock Drive
Charlotte, NC 28290-5327


Ecolab, Inc.
370 N. Wabasha Street
Saint Paul, MN 55102


Elder Alarms, LLC
1224 Mill Street
Building B
East Berlin, CT 06023


ElderCare Communications
5878 Cook Road
Suite F
Milford, OH 45150


Ellis Medicine
1101 Nott Street
Schenectady, NY 12308

Ellis Medicine
P.O. Box 29930
New York, NY 10087-9930


Emergency Physician Services of NY, PC
241 North Road
Poughkeepsie, NY 12601-1154


Emergency Physician Services of NY, PC
P.O. Box 636008
Cincinnati, OH 45263-6008


Empire Recycling Corp.
P.O. Box 353
Utica, NY 13503-0353


Empire Wound Physician Services, PLLC
Attn: Mr. Milton Schachter
5800 Landerbrook Drive, #100
Cleveland, OH 44124


Excellus Health Plan
12 Rhoads Drive
Utica, NY 13502


Excellus Health Plan Group
Utica Business Park
12 Rhoads Drive
Utica, NY 13502


Excellus Health Plan Group
333 Butternut Drive
Syracuse, NY 13214-1803


F. Evans Schmidt, Esq.
Koch & Schmidt, LLC
650 Poydras Street, Suite 2415
New Orleans, LA 70130


Farmer Brothers Coffee
6838 Ellicott Drive, Suite 4
East Syracuse, NY 13057

Faxton St. Lukes Healthcare
1676 Sunset Avenue
Utica, NY 13502-5416


Faxton St. Lukes Healthcare
P.O. Box 4849
Utica, NY 13504-4849


Faxton St. Lukes Healthcare
P.O. Box 479
Utica, NY 13503


Federal Express Corp.
Attn: Bankruptcy Department
3965 Airways Boulevard, Module G, 3rd Fl
Memphis, TN 38116-5017


Fidelis Care
31 British American Boulevard
Latham, NY 12110


First United Methodist Church
P.O. Box 88
Herkimer, NY 13350


Fiscal Care Services
1200 River Avenue
Unit C-D
Lakewood, NJ 08701


Folts Adult Home, Inc.
104 N. Washington Street
Herkimer, NY 13350


Folts Apartments, Inc.
104 N. Washington Street
Herkimer, NY 13350


Folts Foundation, Inc.
104 N. Washington Street
Herkimer, NY 13350


Folts, Inc.
104 N. Washington Street
Herkimer, NY 13350

Forefront Telecare, Inc.
1900 Powell Street, #820
Emeryville, CA 94608


FP Mailing Solutions
140 N. Mitchell Court
Suite 200
Addison, IL 60101-5629


Gary J. Valerino, Esq.
Meggesto, Crossett & Valerino, LLP
313 East Willow St., Suite 201
Syracuse, NY 13203


Genesee Orthopedic & Hand Surgery
1903 Sunset Avenue
Utica, NY 13502-5617


GHI
5015 Campuswood Drive
East Syracuse, NY 13057


Great America Financial Services
P.O. Box 609
Cedar Rapids, IA 52406-0609


Great America Financial Services Corp.
625 First Street, SE
Cedar Rapids, IA 52401


Guardian Insurance Co.
P.O. Box 2459
Spokane, WA 99210


Guardian Life Insur. Company of America
7 Hanover Square
Customer Service, H-6-D
New York, NY 10004


Guardian Life Insurance Co.
P.O. Box 26100
Lehigh Valley, PA 18002-6100

Harbor Linen, LLC
2 Foster Avenue
Gibbsboro, NJ 08026


Hartford Steam Boiler
1 State Street
Hartford, CT 06103


Harvey D. Mervis, Esq.
Hinman, Howard & Kattell, LLP
700 Security Mutual Bldg, 80 Exchange St
Binghamton, NY 13901


Health Facility Assessment Fund
P.O. Box 4757
Syracuse, NY 13221-4757


Health System Services Co.
699 S. Main Street
Canandaigua, NY 14424


Health System Services Co.
6867 Williams Road
Niagara Falls, NY 14304


Heart of New York Chapter 118
Attn: Heather Bernard, DNP, RN, CIC
1656 Champlin Avenue
Utica, NY 13502


Heidelberg Baking Company
3056 State Route 28
Herkimer, NY 13350


Herkimer County
Attn: Pamela J. Putch, Property Agent
108 Court Street, Suite 3100
Herkimer, NY 13350


Herkimer County HealthNet
320 N. Main Street, Suite 3300
Herkimer, NY 13350

Herkimer County Office for the Aging
109 Mary Street
Suite 1101
Herkimer, NY 13350


Herkimer County Sewer District
106 W. Main Street
Mohawk, NY 13407-1096


Herkimer Eye Care Center
394 E. State Street
Herkimer, NY 13350


Herkimer Janitorial Supply, Inc.
251 Osborne Hill Road
Herkimer, NY 13350


Herkimer Town Assessor
114 North Prospect Street
Herkimer, NY 13350


Herkimer Town Clerk
Herkimer Town Offices
114 North Prospect Street
Herkimer, NY 13350


Hess Corporation
1185 Avenue of the Americas, 40th Floor
New York, NY 10036


Hewlett-Packard Co.
1501 Page Mill Road
Palo Alto, CA 94304


Hill & Markes Co.
P.O. Box 7
1997 State Highway 5S
Amsterdam, NY 12010


HomeLife at Folts, LLC
Attn:  Donald E. Rankey, Jr.
13 East Winter Street
Delaware, OH 43015

HomeLife at Folts-Claxton, LLC
104 North Washington Street
Herkimer, NY 13350


HomeLife Companies, Inc.
13 East Winter Street
Delaware, OH 43015


Hospice & Palliative Care
4277 Middle Settlement Road
New Hartford, NY 13413


Hummel's Office Equipment
114 W. Albany Street
Herkimer, NY 13350-1989


InstantWhip - Eastern New York, Inc.
3106 Wayne Street
Endicott, NY 13760


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346


IPC Hospitalist Services of NY, PC
4605 Lankershim Boulevard
Suite 617
North Hollywood, CA 91602


Ivans, Inc.
225 High Ridge Road
Stamford, CT 06905


James Yu, Esq.
U.S. Department of Justice - Tax Div.
P.O. Box 55, Ben Franklin Station
Washington, DC 20044


Joseph Flihan Co.
426 Broad Street
Utica, NY 13501

Joseph Flihan Co.
418-426 Broad Street
P.O. Box 4039
Utica, NY 13504-4039


Joseph M. Shur, Esq.
Relin, Goldstein & Crane, LLP
28 E. Main Street, Suite 1800
Rochester, NY 14614


Joseph Pashley
272 Millers Grove
Frankfort, NY 13340


K & A Services Co.
6400 Collamer Road
East Syracuse, NY 13057-1032


K&A Radiologic Technologiy Services, Inc
6400 NY-298
East Syracuse, NY 13057


Kinsley Power Systems
6200 E. Molloy Road
East Syracuse, NY 13057


Kinsley Power Systems
14 Connecticut South Drive
East Granby, CT 06026


Kunkel Ambulance Service
410 Catherine Street
Utica, NY 13501


Lawrence Kozak
220 Butternut Road
Richfield Springs, NY 13439


Leading Age New York
13 British American Boulevard, Suite 2
Latham, NY 12110-1431


Lifetime Benefit Solutions, Inc.
115 Continuum Drive
Liverpool, NY 13088

Little Falls Ambulance
659 E. Main Street
Little Falls, NY 13365


Little Falls Hospital
140 Burwell Street
Little Falls, NY 13365


Mailfinance Services
478 Wheelers Farms Road
Milford, CT 06461


Mary Imogene Bassett Hospital
1 Atwell Road
Cooperstown, NY 13326


Mass Mutual
1295 State Street
Springfield, MA 01111


Max and Blom, M.D., P.C.'s
Faxton, 4th Floor
1676 Sunset Avenue
Utica, NY 13502


Med-Rev Recoveries, Inc.
100 Metropolitan Park Drive, #100
Liverpool, NY 13088


Med-Rev Recoveries, Inc.
c/o John Saint Dennis
1217 Milton Avenue
Syracuse, NY 13209-0280


Medco Equipment Inc.
30 Hilltop Road
Houlton, WI 54082


Medical Staffing Network Inc.
6551 Park of Commerce Boulevard
Boca Raton, FL 33487

Medspar
400 Plaza Drive
Suite C
Vestal, NY 13850


Medspar
P.O. Box 830
Binghamton, NY 13902-0830


Melyx Corporation
21830 Industrial Boulevard
Rogers, MN 55374


Michael D. Gadarian, Esq.
Office of the U.S. Attorney
P.O. Box 7198, 100 S. Clinton Street
Syracuse, NY 13261-7198


Mohawk Hospital Equipment
335 Columbia Street
Utica, NY 13502-4270


Mohawk Valley Ambulance Corps., Inc.
15 State Route 5S
Mohawk, NY 13407


Mohawk Valley Imaging, P.C.
103 Twin Oaks Drive
Syracuse, NY 13206-1205


Mohawk Valley Landscaping
422 Henry Street
Herkimer, NY 13350


Mohawk Valley Retina PLLC
120 Memorial Parkway
Utica, NY 13501


Mohawk Valley Retina PLLC
83 Genesee Street
New Hartford, NY 13413


Morphotrust USA, Inc.
296 Concord Road, Suite 300
Billerica, MA 01821

Mountainside Medical
9262 Old River Road
P.O. Box 247
Marcy, NY 13403-3042


Mountainside Medical Equipment, Inc.
9262 Old River Road
P.O. Box 247
Marcy, NY 13403-3042


National Grid
300 Erie Boulevard West
Attn: Bankruptcy Team
Syracuse, NY 13202


Nelson Assiociates
1 North Park Row
Clinton, NY 13323


New York State Insurance Fund
1045 7th North Street
Liverpool, NY 13088


Northeast Medical Repairs, Inc.
6143 Van Alstine Road
Camillus, NY 13031


Northeast Medical, Inc.
6208 Breed Road
Camillus, NY 13031-9634


Northern Safety Co., Inc.
P.O. Box 4250
Utica, NY 13504-4250


Northern Safety Co., Inc.
126 Industrial Park Drive
Frankfort, NY 13340


Northland Communications
1 Dupli Park Drive
Syracuse, NY 13218

Nunn's Home Medical Equipment
1340 Floyd Avenue
Rome, NY 13440


Nunn's Home Medical Equipment
817 East Genesee Street
Syracuse, NY 13210


NYAHSA
150 State Street
Suite 301
Albany, NY 12207-1655


NYS Department of Health
NYS Office of the Attorney General
The Capitol
Albany, NY 12224


NYS Department of Health
Erastus Corning Tower
24th Floor, Room 2482
Albany, NY 12237


NYS Department of Taxation & Finance
Attn: Bankruptcy Section
P.O. Box 5300
Albany, NY 12205-0300


NYS Dept. of Labor-Unemployment Ins. Div
Gov. W. A. Harriman State Office Bldg
Building 12, Room 256
Albany, NY 12240


NYS Worker's Compensation Board
Judgment Unit
328 State Street
Schenectady, NY 12305-2318


Observer-Dispatch
221 Oriskany Plaza
Utica, NY 13501


Omnicare of New York
1600 River Center II
100 E. River Center Boulevard
Covington, KY 41011-1555

Optuminsight, Inc.
13625 Technology Drive
Eden Prairie, MN 55344


Otis Elevator Company
5 Technology Place
East Syracuse, NY 13057-9490


P.J. Green, Inc.
24 Corporate Circle, #2
East Syracuse, NY 13057


P.J. Green, Inc.
100 Whitesboro Street
P.O. Box 4026
Utica, NY 13504


Pearson Education Co.
1 Lake Street
Upper Saddle River, NJ 07458


Phoenix Textile Corp.
21 Commerce Drive
O Fallon, MO 63366


Phoenix Textile Corporation
P.O. Box 1328
Saint Peters, MO 63376-0023


ProNexus
171 Sully's Trail
Pittsford, NY 14534


ProNexus Co.
171 Sully's Trail
Pittsford, NY 14534


Pugliese Pest Solutions
909 Oswego Street
Utica, NY 13502


Pugliese Pest Solutions, Inc.
1001 Noyes Street
Utica, NY 13502

Quandts Food Service, Inc.
105 Quist Road
P.O. Box 700
Amsterdam, NY 12010-0700


Radiology Associates
185 Genesee Street
Utica, NY 13501


Receivables Control Corporation
7373 Kirkwood Court, Suite 200
Maple Grove, MN 55369


Reliable Health Systems, LLC
2610 Nostrand Avenue
Brooklyn, NY 11210


Resident Shoppers Service, Inc.
5946 Success Drive
Rome, NY 13440


Richard D. Wroblewski
67 W. Main Street
Mohawk, NY 13407-1039


Riverside Dental
338 E. State Street
Herkimer, NY 13350


Robert B. Liddell, Esq.
Hiscock & Barclay, LLP
One Park Place, 300 S. State Street
Syracuse, NY 13202-2078


Rochdale Insurance Co.
5800 Lombardo Center
Cleveland, OH 44131


Rorick Podiatry
587 Main Street
Suite 102B
New York Mills, NY 13417

Ruffo Tabora Mainello & McKay, P.C.
311 Great Oaks Boulevard
Albany, NY 12203-7911


Rural Metro Medical Services
488 W. Onondaga Street
Syracuse, NY 13202


Rural Metro Medical Services
P.O. Box 671
Syracuse, NY 13201


Saunders Kahler, LLC
185 Genesee Street, Suite 1400
Utica, NY 13501


SBV Workforce Management, Inc.
2 Kile Court
Airmont, NY 10952


Secretary of Housing & Urban Development
451 Seventh Street, SW - #9230
Washington, DC 20410


Select Rehabilitation
2600 Compass Road
Glenview, IL 60026


Senior Network Health, LLC
1650 Champlin Avenue
Utica, NY 13502


Servomation Refreshments Inc.
7098 Mount Pleasant Road
Canastota, NY 13032


Shamrock Sewer Services, LLC
41 2nd Avenue
Ilion, NY 13357


Simplex Time Recorder Co.
415 E. Main Street
Endicott, NY 13760

Slocum Dickson Medical
1729 Burrstone Road
New Hartford, NY 13413-1093


St. Elizabeth Medical Center
2209 Genesee Street
Utica, NY 13501


Staples Business Advantage
Dept. ROC
P.O. Box 415256
Boston, MA 02241


Statewide Machinery, Inc.
60 Pixley Industrial Parkway
Rochester, NY 14624-2378


Stewarts Shop
260 Mohawk Street
Herkimer, NY 13350


Superior Plus Energy Services
5868 Success Drive
Rome, NY 13440


Susan Parker Zdanowicz, LMSW
417 East Walnut Street
Herkimer, NY 13350


Swish Co.
9225 River Road
Marcy, NY 13403


Sysco Syracuse, LLC
2508 Warners Road
P.O. Box 80
Warners, NY 13164


The CBORD Group, Inc.
950 Danby Road
Suite 100C
Ithaca, NY 14850

The Evening Telegram
111 Green Street
P.O. Box 551
Herkimer, NY 13350-0551

The Evening Times
1010 Highway 77 North
Marion, AR 72364

The Evening Times
P.O. Box 459
West Memphis, AR 72303

The Hartford
300 S. State Street
Syracuse, NY 13202

The Hartford Financial Services Group
690 Asylum Avenue
Hartford, CT 06155

Theodore D. Wind, O.D.
45 W. Main Street
Little Falls, NY 13365

Thyssenkrupp Elevator
6067 Corporate Drive
East Syracuse, NY 13057

ThyssenKrupp Elevator Corporation
6067 Corporate Drive
East Syracuse, NY 13057

Time Warner Cable
Division Office
120 Plaza Drive, Suite D
Vestal, NY 13850-3640

Time Warner Cable
P.O. Box 4222
Buffalo, NY 14240-4222

Time Warner Cable Enterprises LLC
2620 West Henrietta Road
Rochester, NY 14623

Tom Urdang
246 County Highway 151
Dolgeville, NY 13329


TotalKare of America, Inc.
1112 East Fayette Street, 2nd Floor
Syracuse, NY 13210-1922


Town of Herkimer
114 North Prospect Street
Herkimer, NY 13350


Town of Herkimer and Town Assessor
114 N. Prospect Street
Herkimer, NY 13350


Tri County Medical, P.C.
111 East Chestnut Street
Suite 6, Lower Level
Rome, NY 13440


True Yellow Pages
10624 S. Eastern Avenue, Suite A-417
Henderson, NV 89052


Tyco SimplexGrinnell
6731 Collamer Road
Suite 4
East Syracuse, NY 13057


U.S. Dept. of Housing & Urban Developmnt
Attn: Office of the Secretary
451 Seventh Street, SW - Room 9243
Washington, DC 20410


U.S. Foods, Inc.
9399 West Higgins Road
Rosemont, IL 60018


United HealthCare of New York, Inc.
300 Meridian Center Boulevard
Suite 320
Rochester, NY 14618

United Telemanagement Corp.
6450 Poe Avenue
Suite 401
Dayton, OH 45414


Upstate Service Group, LLC
Attn:  Efraim Steif
One Hillcrest Center Drive, Suite 325
Spring Valley, NY 10977


Utica Valley Electric Supply
2415 W. Whitesboro Street
P.O. Box 230
Yorkville, NY 13495


Verizon Wireless
P.O. Box 4003
Acworth, GA 30101


Village of Herkimer
120 Green Street
Herkimer, NY 13350


Village of Herkimer Water & Sewer Dept.
S. Washington Street
Herkimer, NY 13350


Village of Herkimer, Herkimer County
120 Green Street
Herkimer, NY 13350


VNA Homecare Options, LLC
1050 West Genesee Street
Syracuse, NY 13204


Waste Management of Utica
2003 Bleecker Street
Utica, NY 13501


Waste Management of Utica
P.O. Box 13648
Philadelphia, PA 19101-3648

Wells Fargo Equipment Finance
283 Commack Road
Commack, NY 11725


Wesco Insurance Company
5800 Lombardo Center
Cleveland, OH 44131


William F. Larkin, Esq.
P.O. Box 7198
100 S. Clinton Street
Syracuse, NY 13261-7198


Wyatt Funding Corp.
22 Wrights Mill Road
Armonk, NY 10504

# United States Bankruptcy Court
## Northern District of New York

In re    Folts Home

Debtor(s)

Case No.

Chapter    11

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __Folts Home__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

Folts, Inc.
104 N. Washington Street
Herkimer, NY 13350

☐ None [*Check if applicable*]

February 16, 2017

Date

/s/ Stephen A. Donato

Stephen A. Donato 101522

Signature of Attorney or Litigant
Counsel for    Folts Home
Bond, Schoeneck & King, PLLC
One Lincoln Center
Syracuse, NY 13202
(315) 218-8000 Fax:(315) 218-8100
sdonato@bsk.com