UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In re:   Case No. 17-60139 (Main Case)
　　　　　Case No. 17-60140
FOLTS HOME, *et al.*,[1]   Chapter 11 Cases

　　　　　　　　　Debtor.   Jointly Administered

# CERTIFICATE OF SERVICE

I hereby certify that on April 14, 2017, I mailed, via first class mail using the United States Postal Service in the State of New York, copies of the *Amended Notice of Auction and Sale Hearing* to the individuals on the annexed service list.

　　　　　　　　　　　　　　　　　　/s/  Kristin M. Doner
　　　　　　　　　　　　　　　　　Kristin M. Doner

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Folts Home (2183) and Folts Adult Home, Inc. (7237).

2888776.1 4/14/2017

A.S. Neurology, P.C.
Attn: Dr. Ahmed A. Shatla
210 Old Campion Road
Utica, NY 13502

A.S. Neurology, P.C.
Attn: Dr. Ahmed A. Shatla
210 Old Campion Road
New Hartford, NY 13413

Abbott Laboratories, Inc.
75 Remittance Drive
Suite 1310
Chicago, IL 60675-1310

ABC Fire Extinguisher Co.
719 Court Street
Utica, NY 13502-4117

Ability Network, Inc.
Butler Square
100 North 6th Street, Suite 900A
Minneapolis, MN 55403

ABJ Fire Protection Co.
6500 New Venture Gear Drive
East Syracuse, NY 13057

Adirondack Compressed Gas
2430 Chenango Road
Utica, NY 13502-5909

ADP, LLC
One ADP Boulevard
Roseland, NJ 07068

Adult Day Healthcare Council
13 British American Boulevard #2
Latham, NY 12110

Airgas East
2 Main Street
Whitesboro, NY 13492

American Red Cross of the Mohawk Valley
1415 Genesee Street
Utica, NY 13501

Amherst Radiology
6000 Bailey Avenue
Suite 1D
Buffalo, NY 14226

Amtrust North America, Inc.
800 Superior Avenue East, 21st Floor
Cleveland, OH 44114

Angie Dorantes
611 North Main Street
Herkimer, NY 13350

Anthony Franco
114 Rome Street
Mohawk, NY 13407-4732

Arjo Huntleigh Co.
2349 W. Lake Street, Suite 250
Addison, IL 60101

Auto Salvage Technologies, Inc.
3107 NY-28
Herkimer, NY 13350

Bank of New York Mellon
225 Liberty Street
New York, NY 10286

Bank of New York Mellon
811 Court Street
Utica, NY 13502

Bassett Healthcare
One Atwell Road
Cooperstown, NY 13326

Biogenic Dental Corporation
282 Genesee Street
Utica, NY 13502

Bonadio & Co., LLP
7936 Seneca Turnpike
Clinton, NY 13323

Bonadio Receivable Solutions, LLC
171 Sully's Trail, Suite 201
Pittsford, NY 14534

Brown-Randall, Inc.
5519 State Route 5
Herkimer, NY 13350-3509

Business Development Bureau
398 Columbus Avenue
Boston, MA 02116-6008

Businessware Consulting
125 West Main Street
Waterville, NY 13480-1165

Cable Express
5404 South Bay Road
Syracuse, NY 13212

Capital District Physicians' Health Plan
500 Patroon Creek Boulevard
Albany, NY 12206-1057

Carlo Masi & Sons, Inc.
Wholesale Fruit & Produce
9 Wurz Avenue
Utica, NY 13502-2533

Carolyn V. Neverusky
612 Church Street
Herkimer, NY 13350

Carriage House Medical Management
2514 Genesee Street
Utica, NY 13502

Carriage House Medical Management
3985 Oneida Street, #101
New Hartford, NY 13413

Carrier Northeast
P.O. Box 4808
Building TR-5
Syracuse, NY 13221-4808

Catskill Spring Water
800 Broad Street
Utica, NY 13501-1402

CDMT, Inc.
137 Lark Street
Albany, NY 12210

Centrad Healthcare LLC
184 Shuman Boulevard, Suite 130
Naperville, IL 60563

Central Care Solutions, LLC
Attn:  Mark Kalmanowitz
1420 East Linden Avenue
Linden, NJ 07036

Central New York Cardiology
Marian Medical Building
2211 Genesee Street
Utica, NY 13501

Central New York Cardiology
Orchard Hill Medical Building
301 Genesee Street, Suite B
Oneida, NY 13421

Centrex Clinical Labs
28 Campion Road
New Hartford, NY 13413-1694

Chem RX
750 Park Place
Long Beach, NY 11561

Chem RX
16 Walker Way
Albany, NY 12205

Cintas Corporation
P.O. Box 630910
Cincinnati, OH 45263-0803

Clarkair Systems
645 Persons Street
East Aurora, NY 14052-2525

Clinton Tractor & Implement Co., Inc.
31 Meadow Street
Clinton, NY 13323

CNY Cardiology
2211 Genesee Street
Utica, NY 13501

Colonial LTC Pharmacy, Inc.
Attn:  Robert Langdon, R.PH.
100 Main Street
Whitesboro, NY 13492

Cool Insuring Agency, Inc.
784 Troy-Schenectady Road
Latham, NY 12110-2400

Corby Industries, Inc.
812 N. Gilmore Street
Allentown, PA 18109

Craig Norman, Esq.
Solomon and Solomon P.C.
Five Columbia Circle
Albany, NY 12203

Daisy Healthcare
701 Sequoyah Road
Soddy Daisy, TN 37379

Datamatrix Technologies Inc.
333 Westchester Avenue
Suite S207
West Harrison, NY 10604

DayMark Safety Systems
12830 S. Dixie Highway
Bowling Green, OH 43402

Debra Brown
c/o Murad and Murad, P.C.
291 Genesee Street, 2nd Floor
Utica, NY 13501

Decor Planting by Bogner
45 Tamarack Drive
New Hartford, NY 13413

Deepak Buch, MD, EMP
104 Stonebridge Court
New Hartford, NY 13413

Dennis Chronkhite
610 Fordsbush Road
Fort Plain, NY 13339-3605

Dentcare Dental Services, P.C.
11 Arcadian Drive
Spring Valley, NY 10977

Dente Engineering P.C.
594 Broadway
Watervliet, NY 12189

Digital Office Solutions
104 Saluda Ridge Court
West Columbia, SC 29169

Direct Supply, Inc. (0051)
6767 N. Industrial Road
Milwaukee, WI 53223-5815

Direct Supply, Inc. (0051)
L.T. Care Suppliers
Bin 201
Milwaukee, WI 53288

Dr. Atul Butala
Atul Butala Physicians, P.C.
807 Newell Street
Utica, NY 13502

Dr. Charles Q. Bui
25825 S. Vermont Avenue
Harbor City, CA 90710

Dr. Gregory Rorick DPM
587 Main Street
Suite 102B
New York Mills, NY 13417

Dr. Om Wadhera
415 N. Prospect Street
Herkimer, NY 13350

Dynatronics Co.
7030 Park Centre Drive
Salt Lake City, UT 84121

Ecolab
12640 Bannock Drive
Charlotte, NC 28290-5327

Ecolab, Inc.
370 N. Wabasha Street
Saint Paul, MN 55102

Elder Alarms, LLC
1224 Mill Street
Building B
East Berlin, CT 06023

ElderCare Communications
5878 Cook Road
Suite F
Milford, OH 45150

Ellis Medicine
1101 Nott Street
Schenectady, NY 12308

Ellis Medicine
P.O. Box 29930
New York, NY 10087-9930

Emergency Physician Services of NY, PC
241 North Road
Poughkeepsie, NY 12601-1154

Emergency Physician Services of NY, PC
P.O. Box 636008
Cincinnati, OH 45263-6008

Empire Recycling Corp.
P.O. Box 353
Utica, NY 13503-0353

Empire Wound Physician Services, PLLC
Attn:  Mr. Milton Schachter
5800 Landerbrook Drive, #100
Cleveland, OH 44124

Excellus Health Plan
12 Rhoads Drive
Utica, NY 13502

Excellus Health Plan Group
Utica Business Park
12 Rhoads Drive
Utica, NY 13502

Excellus Health Plan Group
333 Butternut Drive
Syracuse, NY 13214-1803

F. Evans Schmidt, Esq.
Koch & Schmidt, LLC
650 Poydras Street, Suite 2415
New Orleans, LA 70130

Farmer Brothers Coffee
6838 Ellicott Drive, Suite 4
East Syracuse, NY 13057

Faxton St. Lukes Healthcare (3190)
1676 Sunset Avenue
Utica, NY 13502-5416

Faxton St. Lukes Healthcare (3190)
P.O. Box 4849
Utica, NY 13504-4849

Faxton St. Lukes Healthcare (3190)
P.O. Box 479
Utica, NY 13503

Federal Express Corp.
Attn:  Bankruptcy Department
3965 Airways Boulevard, Module G, 3rd Fl
Memphis, TN 38116-5017

Fidelis Care
31 British American Boulevard
Latham, NY 12110

First United Methodist Church
P.O. Box 88
Herkimer, NY 13350

Fiscal Care Services
1200 River Avenue
Unit C-D
Lakewood, NJ 08701

Folts Adult Home, Inc.
104 N. Washington Street
Herkimer, NY 13350

Folts Apartments, Inc.
104 N. Washington Street
Herkimer, NY 13350

Folts Foundation, Inc.
104 N. Washington Street
Herkimer, NY 13350

Folts, Inc.
104 N. Washington Street
Herkimer, NY 13350

Forefront Telecare, Inc.
1900 Powell Street, #820
Emeryville, CA 94608

FP Mailing Solutions
140 N. Mitchell Court
Suite 200
Addison, IL 60101-5629

Gary J. Valerino, Esq.
Meggesto, Crossett & Valerino, LLP
313 East Willow St., Suite 201
Syracuse, NY 13203

Genesee Orthopedic & Hand Surgery
1903 Sunset Avenue
Utica, NY 13502-5617

GHI
5015 Campuswood Drive
East Syracuse, NY 13057

Great America Financial Services
P.O. Box 609
Cedar Rapids, IA 52406-0609

Great America Financial Services Corp.
625 First Street, SE
Cedar Rapids, IA 52401

Guardian Insurance Co.
P.O. Box 2459
Spokane, WA 99210

Guardian Life Insur. Company of America
7 Hanover Square
Customer Service, H-6-D
New York, NY 10004

Guardian Life Insurance Co.
P.O. Box 26100
Lehigh Valley, PA 18002-6100

Harbor Linen, LLC
2 Foster Avenue
Gibbsboro, NJ 08026

Hartford Steam Boiler
1 State Street
Hartford, CT 06103

Harvey D. Mervis, Esq.
Hinman, Howard & Kattell, LLP
700 Security Mutual Bldg, 80 Exchange St
Binghamton, NY 13901

Health Facility Assessment Fund
P.O. Box 4757
Syracuse, NY 13221-4757

Health System Services Co.
699 S. Main Street
Canandaigua, NY 14424

Health System Services Co.
6867 Williams Road
Niagara Falls, NY 14304

Heart of New York Chapter 118
Attn: Heather Bernard, DNP, RN, CIC
1656 Champlin Avenue
Utica, NY 13502

Heidelberg Baking Company
3056 State Route 28
Herkimer, NY 13350

Herkimer County
Attn: Pamela J. Putch, Property Agent
108 Court Street, Suite 3100
Herkimer, NY 13350

Herkimer County HealthNet
320 N. Main Street, Suite 3300
Herkimer, NY 13350

Herkimer County Office for the Aging
109 Mary Street
Suite 1101
Herkimer, NY 13350

Herkimer County Sewer District
106 W. Main Street
Mohawk, NY 13407-1096

Herkimer Eye Care Center
394 E. State Street
Herkimer, NY 13350

Herkimer Janitorial Supply, Inc.
251 Osborne Hill Road
Herkimer, NY 13350

Herkimer Town Assessor
114 North Prospect Street
Herkimer, NY 13350

Herkimer Town Clerk
Herkimer Town Offices
114 North Prospect Street
Herkimer, NY 13350

Hess Corporation
1185 Avenue of the Americas, 40th Floor
New York, NY 10036

Hewlett-Packard Co.
1501 Page Mill Road
Palo Alto, CA 94304

Hill & Markes Co.
P.O. Box 7
1997 State Highway 5S
Amsterdam, NY 12010

HomeLife at Folts, LLC
Attn: Donald E. Rankey, Jr.
13 East Winter Street
Delaware, OH 43015

HomeLife at Folts-Claxton, LLC
104 North Washington Street
Herkimer, NY 13350

HomeLife Companies, Inc.
13 East Winter Street
Delaware, OH 43015

Hospice & Palliative Care
4277 Middle Settlement Road
New Hartford, NY 13413

Hummel's Office Equipment
114 W. Albany Street
Herkimer, NY 13350-1989

InstantWhip - Eastern New York, Inc.
3106 Wayne Street
Endicott, NY 13760

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

IPC Hospitalist Services of NY, PC
4605 Lankershim Boulevard
Suite 617
North Hollywood, CA 91602

Ivans, Inc.
225 High Ridge Road
Stamford, CT 06905

James Yu, Esq.
U.S. Department of Justice - Tax Div.
P.O. Box 55, Ben Franklin Station
Washington, DC 20044

Joseph Flihan Co.
426 Broad Street
Utica, NY 13501

Joseph Flihan Co.
418-426 Broad Street
P.O. Box 4039
Utica, NY 13504-4039

Joseph M. Shur, Esq.
Relin, Goldstein & Crane, LLP
28 E. Main Street, Suite 1800
Rochester, NY 14614

Joseph Pashley
272 Millers Grove
Frankfort, NY 13340

K & A Services Co.
6400 Collamer Road
East Syracuse, NY 13057-1032

K&A Radiologic Technologiy Services, Inc
6400 NY-298
East Syracuse, NY 13057

Kinsley Power Systems
6200 E. Molloy Road
East Syracuse, NY 13057

Kinsley Power Systems
14 Connecticut South Drive
East Granby, CT 06026

Kunkel Ambulance Service
410 Catherine Street
Utica, NY 13501

Lawrence Kozak
220 Butternut Road
Richfield Springs, NY 13439

Leading Age New York
13 British American Boulevard, Suite 2
Latham, NY 12110-1431

Lifetime Benefit Solutions, Inc.
115 Continuum Drive
Liverpool, NY 13088

Little Falls Ambulance
659 E. Main Street
Little Falls, NY 13365

Little Falls Hospital
140 Burwell Street
Little Falls, NY 13365

Mailfinance Services
478 Wheelers Farms Road
Milford, CT 06461

Mary Imogene Bassett Hospital
1 Atwell Road
Cooperstown, NY 13326

Mass Mutual
1295 State Street
Springfield, MA 01111

Max and Blom, M.D., P.C.'s
Faxton, 4th Floor
1676 Sunset Avenue
Utica, NY 13502

Med-Rev Recoveries, Inc.
100 Metropolitan Park Drive, #100
Liverpool, NY 13088

Med-Rev Recoveries, Inc.
c/o John Saint Dennis
1217 Milton Avenue
Syracuse, NY 13209-0280

Medco Equipment Inc.
30 Hilltop Road
Houlton, WI 54082

Medical Staffing Network Inc.
6551 Park of Commerce Boulevard
Boca Raton, FL 33487

Medspar
400 Plaza Drive
Suite C
Vestal, NY 13850

Medspar
P.O. Box 830
Binghamton, NY 13902-0830

Melyx Corporation
21830 Industrial Boulevard
Rogers, MN 55374

Michael D. Gadarian, Esq.
Office of the U.S. Attorney
P.O. Box 7198, 100 S. Clinton Street
Syracuse, NY 13261-7198

Mohawk Hospital Equipment (5053)
335 Columbia Street
Utica, NY 13502-4270

Mohawk Valley Ambulance Corps., Inc.
15 State Route 5S
Mohawk, NY 13407

Mohawk Valley Imaging, P.C.
103 Twin Oaks Drive
Syracuse, NY 13206-1205

Mohawk Valley Landscaping
422 Henry Street
Herkimer, NY 13350

Mohawk Valley Retina PLLC
120 Memorial Parkway
Utica, NY 13501

Mohawk Valley Retina PLLC
83 Genesee Street
New Hartford, NY 13413

Morphotrust USA, Inc.
296 Concord Road, Suite 300
Billerica, MA 01821

Mountainside Medical
9262 Old River Road
P.O. Box 247
Marcy, NY 13403-3042

Mountainside Medical Equipment, Inc.
9262 Old River Road
P.O. Box 247
Marcy, NY 13403-3042

National Grid (2183)
300 Erie Boulevard West
Attn: Bankruptcy Team
Syracuse, NY 13202

Nelson Assiociates
1 North Park Row
Clinton, NY 13323

New York State Insurance Fund
1045 7th North Street
Liverpool, NY 13088

Northeast Medical Repairs, Inc.
6143 Van Alstine Road
Camillus, NY 13031

Northeast Medical, Inc.
6208 Breed Road
Camillus, NY 13031-9634

Northern Safety Co., Inc. (5931)
P.O. Box 4250
Utica, NY 13504-4250

Northern Safety Co., Inc. (5931)
126 Industrial Park Drive
Frankfort, NY 13340

Northland Communications (2500)
1 Dupli Park Drive
Syracuse, NY 13218

Nunn's Home Medical Equipment
1340 Floyd Avenue
Rome, NY 13440

Nunn's Home Medical Equipment
817 East Genesee Street
Syracuse, NY 13210

NYAHSA
150 State Street
Suite 301
Albany, NY 12207-1655

NYS Department of Health
NYS Office of the Attorney General
The Capitol
Albany, NY 12224

NYS Department of Health
Erastus Corning Tower
24th Floor, Room 2482
Albany, NY 12237

NYS Department of Taxation & Finance
Attn: Bankruptcy Section
P.O. Box 5300
Albany, NY 12205-0300

NYS Dept. of Labor-Unemployment Ins. Div
Gov. W. A. Harriman State Office Bldg
Building 12, Room 256
Albany, NY 12240

NYS Worker's Compensation Board (0830)
Judgment Unit
328 State Street
Schenectady, NY 12305-2318

Observer-Dispatch
221 Oriskany Plaza
Utica, NY 13501

Omnicare of New York
1600 River Center II
100 E. River Center Boulevard
Covington, KY 41011-1555

Optuminsight, Inc.
13625 Technology Drive
Eden Prairie, MN 55344

| | | |
|---|---|---|
| Otis Elevator Company<br>5 Technology Place<br>East Syracuse, NY 13057-9490 | P.J. Green, Inc.<br>24 Corporate Circle, #2<br>East Syracuse, NY 13057 | P.J. Green, Inc.<br>100 Whitesboro Street<br>P.O. Box 4026<br>Utica, NY 13504 |
| Pearson Education Co.<br>1 Lake Street<br>Upper Saddle River, NJ 07458 | Phoenix Textile Corp.<br>21 Commerce Drive<br>O Fallon, MO 63366 | Phoenix Textile Corporation<br>P.O. Box 1328<br>Saint Peters, MO 63376-0023 |
| ProNexus<br>171 Sully's Trail<br>Pittsford, NY 14534 | ProNexus Co.<br>171 Sully's Trail<br>Pittsford, NY 14534 | Pugliese Pest Solutions<br>909 Oswego Street<br>Utica, NY 13502 |
| Pugliese Pest Solutions, Inc.<br>1001 Noyes Street<br>Utica, NY 13502 | Quandts Food Service, Inc.<br>105 Quist Road<br>P.O. Box 700<br>Amsterdam, NY 12010-0700 | Radiology Associates<br>185 Genesee Street<br>Utica, NY 13501 |
| Receivables Control Corporation<br>7373 Kirkwood Court, Suite 200<br>Maple Grove, MN 55369 | Reliable Health Systems, LLC<br>2610 Nostrand Avenue<br>Brooklyn, NY 11210 | Resident Shoppers Service, Inc.<br>5946 Success Drive<br>Rome, NY 13440 |
| Richard D. Wroblewski<br>67 W. Main Street<br>Mohawk, NY 13407-1039 | Riverside Dental<br>338 E. State Street<br>Herkimer, NY 13350 | Robert B. Liddell, Esq.<br>Hiscock & Barclay, LLP<br>One Park Place, 300 S. State Street<br>Syracuse, NY 13202-2078 |
| Rochdale Insurance Co. (8473)<br>5800 Lombardo Center<br>Cleveland, OH 44131 | Rorick Podiatry<br>587 Main Street<br>Suite 102B<br>New York Mills, NY 13417 | Ruffo Tabora Mainello & McKay, P.C.<br>311 Great Oaks Boulevard<br>Albany, NY 12203-7911 |
| Rural Metro Medical Services<br>488 W. Onondaga Street<br>Syracuse, NY 13202 | Rural Metro Medical Services<br>P.O. Box 671<br>Syracuse, NY 13201 | Saunders Kahler, LLC<br>185 Genesee Street, Suite 1400<br>Utica, NY 13501 |
| SBV Workforce Management, Inc.<br>2 Kile Court<br>Airmont, NY 10952 | Secretary of Housing & Urban Development<br>451 Seventh Street, SW - #9230<br>Washington, DC 20410 | Select Rehabilitation<br>2600 Compass Road<br>Glenview, IL 60026 |

| | | |
|---|---|---|
| Senior Network Health, LLC<br>1650 Champlin Avenue<br>Utica, NY 13502 | Servomation Refreshments Inc.<br>7098 Mount Pleasant Road<br>Canastota, NY 13032 | Shamrock Sewer Services, LLC<br>41 2nd Avenue<br>Ilion, NY 13357 |
| Simplex Time Recorder Co.<br>415 E. Main Street<br>Endicott, NY 13760 | Slocum Dickson Medical<br>1729 Burrstone Road<br>New Hartford, NY 13413-1093 | St. Elizabeth Medical Center<br>2209 Genesee Street<br>Utica, NY 13501 |
| Staples Business Advantage<br>Dept. ROC<br>P.O. Box 415256<br>Boston, MA 02241 | Statewide Machinery, Inc.<br>319 W. Main Street; Suite 5<br>Batavia, NY 14020 | Stewarts Shop<br>260 Mohawk Street<br>Herkimer, NY 13350 |
| Superior Plus Energy Services<br>5868 Success Drive<br>Rome, NY 13440 | Susan Parker Zdanowicz, LMSW<br>417 East Walnut Street<br>Herkimer, NY 13350 | Swish Co.<br>9225 River Road<br>Marcy, NY 13403 |
| Sysco Syracuse, LLC<br>2508 Warners Road<br>P.O. Box 80<br>Warners, NY 13164 | The CBORD Group, Inc.<br>950 Danby Road<br>Suite 100C<br>Ithaca, NY 14850 | The Evening Telegram<br>111 Green Street<br>P.O. Box 551<br>Herkimer, NY 13350-0551 |
| The Evening Times<br>1010 Highway 77 North<br>Marion, AR 72364 | The Evening Times<br>P.O. Box 459<br>West Memphis, AR 72303 | The Hartford<br>300 S. State Street<br>Syracuse, NY 13202 |
| The Hartford Financial Services Group<br>690 Asylum Avenue<br>Hartford, CT 06155 | Theodore D. Wind, O.D.<br>45 W. Main Street<br>Little Falls, NY 13365 | Thyssenkrupp Elevator<br>6067 Corporate Drive<br>East Syracuse, NY 13057 |
| ThyssenKrupp Elevator Corporation<br>6067 Corporate Drive<br>East Syracuse, NY 13057 | Time Warner Cable<br>Division Office<br>120 Plaza Drive, Suite D<br>Vestal, NY 13850-3640 | Time Warner Cable<br>P.O. Box 4222<br>Buffalo, NY 14240-4222 |
| Time Warner Cable Enterprises LLC<br>2620 West Henrietta Road<br>Rochester, NY 14623 | Tom Urdang<br>246 County Highway 151<br>Dolgeville, NY 13329 | TotalKare of America, Inc.<br>1112 East Fayette Street, 2nd Floor<br>Syracuse, NY 13210-1922 |

2888776.1 4/14/2017

| | | |
|---|---|---|
| Town of Herkimer<br>114 North Prospect Street<br>Herkimer, NY 13350 | Town of Herkimer and Town Assessor<br>114 N. Prospect Street<br>Herkimer, NY 13350 | Tri County Medical, P.C.<br>111 East Chestnut Street<br>Suite 6, Lower Level<br>Rome, NY 13440 |
| True Yellow Pages<br>10624 S. Eastern Avenue, Suite A-417<br>Henderson, NV 89052 | Tyco SimplexGrinnell<br>6731 Collamer Road<br>Suite 4<br>East Syracuse, NY 13057 | U.S. Dept. of Housing & Urban Developmnt<br>Attn: Office of the Secretary<br>451 Seventh Street, SW - Room 9243<br>Washington, DC 20410 |
| U.S. Foods, Inc.<br>9399 West Higgins Road<br>Rosemont, IL 60018 | United HealthCare of New York, Inc. (2183)<br>300 Meridian Center Boulevard<br>Suite 320<br>Rochester, NY 14618 | United Telemanagement Corp.<br>6450 Poe Avenue<br>Suite 401<br>Dayton, OH 45414 |
| Upstate Service Group, LLC<br>Attn: Efraim Steif<br>One Hillcrest Center Drive, Suite 325<br>Spring Valley, NY 10977 | Utica Valley Electric Supply<br>2415 W. Whitesboro Street<br>P.O. Box 230<br>Yorkville, NY 13495 | Verizon Wireless<br>P.O. Box 4003<br>Acworth, GA 30101 |
| Village of Herkimer<br>120 Green Street<br>Herkimer, NY 13350 | Village of Herkimer Water & Sewer Dept.<br>S. Washington Street<br>Herkimer, NY 13350 | Village of Herkimer, Herkimer County<br>120 Green Street<br>Herkimer, NY 13350 |
| VNA Homecare Options, LLC<br>1050 West Genesee Street<br>Syracuse, NY 13204 | Waste Management of Utica<br>2003 Bleecker Street<br>Utica, NY 13501 | Waste Management of Utica<br>P.O. Box 13648<br>Philadelphia, PA 19101-3648 |
| Wells Fargo Equipment Finance<br>283 Commack Road<br>Commack, NY 11725 | Wesco Insurance Company (0474)<br>5800 Lombardo Center<br>Cleveland, OH 44131 | William F. Larkin, Esq.<br>P.O. Box 7198<br>100 S. Clinton Street<br>Syracuse, NY 13261-7198 |
| Wyatt Funding Corp.<br>22 Wrights Mill Road<br>Armonk, NY 10504 | HomeLife at Folts, LLC<br>104 N. Washington Street<br>Herkimer, NY 13350 | NYS Department of Health<br>Nelson A. Rockefeller Empire State Plaza<br>Erastus Corning Tower, 24th Floor<br>Albany, NY 12237 |
| William Larkin, Esq.<br>Office of the U.S. Attorney<br>P.O. Box 7198<br>100 S. Clinton Street<br>Syracuse, NY 13261-7198 | Folts Home<br>104 N. Washington Street<br>Herkimer, NY 13350 | American InfoSource LP, as agent for T-Mobile<br>P.O. Box 248848<br>Oklahoma City, OK 73124-8848 |

Confidata (OLTS)
P.O. Box 514
Utica, NY 13503

Hummels Office Plus
P.O. Box 35
Herkimer, NY 13350

Gary J. Valerino, Esq.
Meggesto, Crossett & Valerino
*Attorneys for Rochdale Insurance Co.*
313 E. Willow Street, Suite 201
Syracuse, NY 13203

Gary J. Valerino, Esq.
Meggesto, Crossett & Valerino
*Attorneys for Wesco Insurance Company*
313 E. Willow Street, Suite 201
Syracuse, NY 13203

Mohawk Hospital Equipment (5053)
c/o Murray J.S. Kirshtein, Esq.
811 Court Street
Utica, NY 13502

United Healthcare Insurance Company (2183)
Attn: CDM – Bankruptcy
185 Asylum Street – 03B
Hartford, CT 06103

Northland Communications (2500)
P.O. Box 11156
Syracuse, NY 13218

Northland Communications
P.O. Box 419
Holland Patent, NY 13354

NYS Worker's Compensation Board (0830)
Finance Unit
328 State Street
Schenectady, NY 12305-2318

Arjo Huntleigh Getinge Group
2349 W. Lake Street
Addison, IL 60101