UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In re Folts Adult Home, Inc.
    Debtor

Case No. 17-60140
Reporting Period: 3/1/17 - 3/31/17
Federal Tax I.D. # 22-3397237

## CORPORATE MONTHLY OPERATING REPORT

File with the Court and submit a copy to the United States Trustee within 20 days after the end of the month and submit a copy of the report to any official committee appointed in the case.
*(Reports for Rochester and Buffalo Divisions of Western District of New York are due 15 days after the end of the month, as are the reports for Southern District of New York.)*

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | X | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (CON'T) | X | |
|    Copies of bank statements | | X | |
|    Cash disbursements journals | | X | |
| Statement of Operations | MOR-2 | X | Debtor's Form |
| Balance Sheet | MOR-3 | X | Debtor's Form |
| Status of Post-petition Taxes | MOR-4 | X | |
|    Copies of IRS Form 6123 or payment receipt | | | |
|    Copies of tax returns filed during reporting period | | | |
| Summary of Unpaid Post-petition Debts | MOR-4 | | |
|    Listing of Aged Accounts Payable | | X | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | X | |
| Taxes Reconciliation and Aging | MOR-5 | | |
| Payments to Insiders and Professional | MOR-6 | X | |
| Post Petition Status of Secured Notes, Leases Payable | MOR-6 | X | |
| Debtor Questionnaire | MOR-7 | X | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents are true and correct to the best of my knowledge and belief.

Signature of Debtor _____    Date _____

Signature of Authorized Individual* *[signature]*    Date 5/19/17

Printed Name of Authorized Individual    David Hartnett    Date 5/19/17

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

In re Folts Adult Home, Inc.
Debtor

Case No. 17-60140
Reporting Period: 3/1/17 - 3/31/17

## SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

Amounts reported should be from the debtor's books and not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. The amounts reported in the "CURRENT MONTH - ACTUAL" column must equal the sum of the four bank account columns. Attach copies of the bank statements and the cash disbursements journal. The total disbursements listed in the disbursements journal must equal the total disbursements reported on this page. A bank reconciliation must be attached for each account. [See MOR-1 (CON'T)]

| | BANK ACCOUNTS | | | | |
|---|---|---|---|---|---|
| ACCOUNT NUMBER (LAST 4) | OPER | PAYROLL | TAX | OTHER | CURRENT MONTH ACTUAL (TOTAL OF ALL ACCOUNTS) |
| **CASH BEGINNING OF MONTH** | $54,225.94 | $2,316.32 | | | $56,542.26 |
| **RECEIPTS** | | | | | |
| CASH SALES | | | | | |
| ACCOUNTS RECEIVABLE | $122,506.22 | | | | $122,506.22 |
| LOANS AND ADVANCES | | | | | |
| SALE OF ASSETS | | | | | |
| OTHER *(ATTACH LIST)* | | | | | |
| TRANSFERS *(FROM DIP ACCTS)* | | $39,000.00 | | | $39,000.00 |
| **TOTAL RECEIPTS** | $122,506.22 | $39,000.00 | | | $161,506.22 |
| **DISBURSEMENTS** | | | | | |
| NET PAYROLL | $2,189.95 | $35,644.27 | | | $37,834.22 |
| PAYROLL TAXES | | $2,920.46 | | | $2,920.46 |
| SALES, USE, & OTHER TAXES | | | | | |
| INVENTORY PURCHASES | $760.17 | | | | $760.17 |
| SECURED/ RENTAL/ LEASES | | | | | |
| INSURANCE | | | | | |
| ADMINISTRATIVE & GENERAL | $1,459.36 | $20.00 | | | $1,479.36 |
| SELLING | | | | | |
| OTHER *(PAYROLL PROCESSING FEES AND CHARGEBACKS)* | | | | | |
| RECEIVER FEES AND EXPENSES | $6,469.36 | | | | $6,469.36 |
| TRANSFERS *(TO DIP ACCTS)* | $50,791.20 | | | | $50,791.20 |
| PROFESSIONAL FEES | | | | | |
| U.S. TRUSTEE QUARTERLY FEES | | | | | |
| COURT COSTS | | | | | |
| **TOTAL DISBURSEMENTS** | $61,670.04 | $38,584.73 | | | $100,254.77 |
| | | | | | |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | $60,836.18 | $415.27 | | | $61,251.45 |
| | | | | | |
| **CASH – END OF MONTH** | $115,062.12 | $2,731.59 | | | $117,793.71 |

* COMPENSATION TO SOLE PROPRIETORS FOR SERVICES RENDERED TO BANKRUPTCY ESTATE

### THE FOLLOWING SECTION MUST BE COMPLETED
DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES: (FROM CURRENT MONTH ACTUAL COLUMN)

| TOTAL DISBURSEMENTS | $100,254.77 |
|---|---|
| LESS: TRANSFERS TO OTHER DEBTOR IN POSSESSION ACCOUNTS | -$50,791.20 |
| PLUS: ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES (i.e. from escrow accounts) | |
| TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES | $49,463.57 |

*Disbursements not equal to disbursements journal as payroll is direct deposit and a journal entry, not run through A/P module.

Disbursement Journal
Dates 03/01/2017 To 03/31/2017
Accounts To 9999.9999
Bank Account: All
Sorting by: VendorPayPosting

| Check Dat | Vendor | Account | Check # | Invoice Da | Invoice # | Gross | Discnt | Net | GL A/C | Descript | Posted | Facil | Vendor Full |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/09/17 | BRIAN WRATTEN | Chase C | 5207 | 03/09/17 | 030117 | $41.99 | | $41.99 | 6112.000C | FOOD | 03/09/17 | Clax | BRIAN WRATTEN |
| 03/17/17 | BRIAN WRATTEN | Chase C | 5208 | 03/10/17 | 031017 | $50.52 | | $50.52 | 6112.000C | FOOD | 03/17/17 | Clax | BRIAN WRATTEN |
| 03/02/17 | Catskill Spring Water | Chase C | 5203 | 02/27/17 | 136996 | $270.00 | | $270.00 | 6112.000C | FOOD | 03/02/17 | Clax | Catskill Spring Water, Inc |
| | | Chase C | | 02/27/17 | 137930 | $270.00 | | $270.00 | 6112.000C | FOOD | | Clax | |
| 03/30/17 | CDPHP | Chase C | 5210 | 03/22/17 | 170720026 | $2,189.95 | | $2,189.95 | 9100.000C | EMP BENE | 03/30/17 | Clax | CDPHP |
| 03/02/17 | Hill & Markes | Chase C | 5204 | 02/20/17 | 18191494 | $82.87 | | $82.87 | 6510.000C | HSKPG SUF | 03/02/17 | Clax | Hill & Markes |
| 03/03/17 | HomeLife Companies | Chase C | 5206 | 03/03/17 | 2017-1001 | $6,469.36 | | $6,469.36 | 7232.000C | REC FEES | 03/03/17 | Clax | HomeLife Companies |
| 03/17/17 | KAREN RANKINS | Chase C | 5209 | 03/14/17 | 030817 | $44.79 | | $44.79 | 5110.000C | ACTV SUPF | 03/17/17 | Clax | KAREN RANKINS |
| 03/02/17 | RELIABLE HEALTH SYSTE | Chase C | 5205 | 02/20/17 | 170201052 | $974.25 | | $974.25 | 7131.000C | SOFT FEES | 03/02/17 | Clax | RELIABLE HEALTH SYSTEMS |
| | | | | | | $10,393.73 | $0.00 | $10,393.73 | | | | | |

In re **Folts Adult Home, Inc.**            Case No. **17-60140**
    **Debtor**                             Reporting Period: **3/1/17 - 3/31/17**

# BANK RECONCILIATIONS

**Continuation Sheet for MOR-1**

A bank reconciliation must be included for each bank account. The debtor's bank reconciliation may be substituted for this page.
(Bank account numbers may be redacted to last four numbers.)

|  | Operating # | Payroll # | Tax # | TOTALS # |
|---|---|---|---|---|
| **BALANCE PER BOOKS** | $115,062.12 | $2,731.59 |  | $117,793.71 |
| **BANK BALANCE** | $118,706.07 | $2,731.59 |  | $121,437.66 |
| (+) DEPOSITS IN TRANSIT *(ATTACH LIST)* |  |  |  |  |
| (-) OUTSTANDING CHECKS *(ATTACH LIST)* : | -$3,643.95 |  |  | -$3,643.95 |
| OTHER *(ATTACH EXPLANATION)* |  |  |  | $0.00 |
| **ADJUSTED BANK BALANCE \*** | $115,062.12 | $2,731.59 |  | $117,793.71 |

*"Adjusted Bank Balance" must equal "Balance per Books"

| **DEPOSITS IN TRANSIT** | Date | Amount | Date | Amount |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

| **CHECKS OUTSTANDING** | Ck. # | Amount | Ck. # | Amount |
|---|---|---|---|---|
|  |  |  |  |  |
| Estate of Former Resident | 5193 | $1,454.00 |  |  |
| CDPHP | 5210 | $2,189.95 |  |  |
|  | Total Outstanding Checks: | $3,643.95 |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

**OTHER**

_____
_____
_____
_____

# CHASE 🔘

JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265 -9754

March 01, 2017 through March 31, 2017
Account Number: ███████7006



## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | www.Chase.com |
| Service Center: | 1-877-425-8100 |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00001378 DRE 001 212 09517 NNNNNNNNNNN 1 000000000 D2 0000
HOMELIFE AT FOLTS-CLAXTON LLC
OPERATING ACCOUNT
13 E WINTER ST
DELAWARE OH 43015-1978

## CHECKING SUMMARY
Chase Performance Business Checking W/Interest

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | $65,881.90 |
| Deposits and Additions | 59 | 120,891.22 |
| Checks Paid | 10 | -16,790.74 |
| ATM & Debit Card Withdrawals | 6 | -465.11 |
| Electronic Withdrawals | 12 | -50,791.20 |
| Fees | 1 | -20.00 |
| Ending Balance | 88 | $118,706.07 |

| | |
|---|---|
| Annual Percentage Yield Earned This Period | 0.01% |
| Interest Paid This Period | $0.83 |
| Interest Paid Year-to-Date | $3.47 |

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | | | AMOUNT |
|---|---|---|---|---|
| 03/01 | Otda Ssp/Sspna P ACH | PPD ID: | ███3200 | $694.00 |
| 03/01 | Otda Ssp/Sspna P ACH | PPD ID: | ███3200 | 694.00 |
| 03/01 | Otda Ssp/Sspna P ACH | PPD ID: | ███3200 | 694.00 |
| 03/01 | Otda Ssp/Sspna P ACH | PPD ID: | ███3200 | 694.00 |
| 03/01 | Otda Ssp/Sspna P ACH | PPD ID: | ███3200 | 685.72 |
| 03/01 | Otda Ssp/Sspna P ACH | PPD ID: | ███3200 | 576.39 |
| 03/01 | Otda Ssp/Sspna P ACH | PPD ID: | ███3200 | 521.29 |
| 03/01 | Otda Ssp/Sspna P ACH | PPD ID: | ███3200 | 449.01 |
| 03/01 | Otda Ssp/Sspna P ACH | PPD ID: | ███3200 | 365.76 |
| 03/01 | Otda Ssp/Sspna P ACH | PPD ID: | ███3200 | 361.75 |
| 03/01 | Otda Ssp/Sspna P ACH | PPD ID: | ███3200 | 316.61 |
| 03/01 | Ssi Treas 310   Xxsupp Sec | PPD ID: | ███6121 | 291.28 |
| 03/01 | Otda Ssp/Sspna P ACH | PPD ID: | ███3200 | 268.47 |
| 03/01 | Otda Ssp/Sspna P ACH | PPD ID: | ███3200 | 246.05 |
| 03/01 | Ssi Treas 310   Xxsupp Sec | PPD ID: | ███6121 | 186.00 |
| 03/01 | Ssi Treas 310   Xxsupp Sec | PPD ID: | ███6121 | 152.00 |
| 03/01 | Otda Ssp/Sspna P ACH | PPD ID: | ███3200 | 148.45 |
| 03/01 | Otda Ssp/Sspna P ACH | PPD ID: | ███3200 | 23.00 |
| 03/01 | Otda Ssp/Sspna P ACH | PPD ID: | ███3200 | 6.55 |



March 01, 2017 through March 31, 2017
Account Number: 7006

## DEPOSITS AND ADDITIONS (continued)

| DATE | DESCRIPTION | | | AMOUNT |
|---|---|---|---|---:|
| 03/03 | Deposit | | | 17,997.96 |
| 03/03 | Deposit | | | 4,295.76 |
| 03/03 | SSA Treas 310 Xxsoc Sec | PPD ID: | 6039 | 1,944.00 |
| 03/03 | SSA Treas 310 Xxsoc Sec | PPD ID: | 6039 | 1,537.00 |
| 03/03 | SSA Treas 310 Xxsoc Sec | PPD ID: | 6039 | 1,222.00 |
| 03/03 | SSA Treas 310 Xxsoc Sec | PPD ID: | 6039 | 1,181.00 |
| 03/03 | SSA Treas 310 Xxsoc Sec | PPD ID: | 6026 | 1,087.00 |
| 03/03 | SSA Treas 310 Xxsoc Sec | PPD ID: | 6026 | 1,083.00 |
| 03/03 | SSA Treas 310 Xxsoc Sec | PPD ID: | 6026 | 1,030.00 |
| 03/03 | SSA Treas 310 Xxsoc Sec | PPD ID: | 6039 | 861.00 |
| 03/03 | SSA Treas 310 Xxsoc Sec | PPD ID: | 6026 | 763.00 |
| 03/03 | SSA Treas 310 Xxsoc Sec | PPD ID: | 6039 | 603.00 |
| 03/07 | Ndc Sweep Fac 1624 | PPD ID: | 4122 | 2,325.20 |
| 03/08 | SSA Treas 310 Xxsoc Sec | PPD ID: | 6042 | 804.00 |
| 03/10 | Deposit | | | 35,556.38 |
| 03/16 | Deposit | | | 14,203.00 |
| 03/23 | Remote Online Deposit | 3 | | 9,588.89 |
| 03/23 | Remote Online Deposit | 3 | | 800.00 |
| 03/27 | Otda Ssp/Sspna P ACH | PPD ID: | 3200 | 694.00 |
| 03/27 | Otda Ssp/Sspna P ACH | PPD ID: | 3200 | 694.00 |
| 03/27 | Otda Ssp/Sspna P ACH | PPD ID: | 3200 | 694.00 |
| 03/27 | Otda Ssp/Sspna P ACH | PPD ID: | 3200 | 694.00 |
| 03/27 | Otda Ssp/Sspna P ACH | PPD ID: | 3200 | 686.00 |
| 03/27 | Otda Ssp/Sspna P ACH | PPD ID: | 3200 | 576.00 |
| 03/27 | Otda Ssp/Sspna P ACH | PPD ID: | 3200 | 521.00 |
| 03/27 | Otda Ssp/Sspna P ACH | PPD ID: | 3200 | 449.00 |
| 03/27 | Otda Ssp/Sspna P ACH | PPD ID: | 3200 | 366.00 |
| 03/27 | Otda Ssp/Sspna P ACH | PPD ID: | 3200 | 362.00 |
| 03/27 | Otda Ssp/Sspna P ACH | PPD ID: | 3200 | 317.00 |
| 03/27 | Otda Ssp/Sspna P ACH | PPD ID: | 3200 | 268.00 |
| 03/27 | Otda Ssp/Sspna P ACH | PPD ID: | 3200 | 245.74 |
| 03/27 | Otda Ssp/Sspna P ACH | PPD ID: | 3200 | 148.45 |
| 03/27 | Otda Ssp/Sspna P ACH | PPD ID: | 3200 | 23.00 |
| 03/27 | Otda Ssp/Sspna P ACH | PPD ID: | 3200 | 7.00 |
| 03/31 | Remote Online Deposit | 3 | | 8,495.50 |
| 03/31 | Deposit | | | 763.90 |
| 03/31 | Ssi Treas 310 Xxsupp Sec | PPD ID: | 6121 | 291.28 |
| 03/31 | Ssi Treas 310 Xxsupp Sec | PPD ID: | 6121 | 186.00 |
| 03/31 | Ssi Treas 310 Xxsupp Sec | PPD ID: | 6121 | 152.00 |
| 03/31 | Interest Payment | | | 0.83 |

**Total Deposits and Additions** $120,891.22



March 01, 2017 through March 31, 2017
Account Number: ▇▇▇▇▇7006

## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 5185 ^ | | 03/01 | $20.52 |
| 5200 * ^ | | 03/23 | 200.00 |
| 5202 * ^ | | 03/07 | 8,366.44 |
| 5203 ^ | | 03/09 | 540.00 |
| 5204 ^ | | 03/07 | 82.87 |
| 5205 ^ | | 03/06 | 974.25 |
| 5206 ^ | | 03/07 | 6,469.36 |
| 5207 ^ | | 03/13 | 41.99 |
| 5208 ^ | | 03/29 | 50.52 |
| 5209 ^ | | 03/22 | 44.79 |

**Total Checks Paid**　　　　　　　　　　　　　　　　　　　　　　　$16,790.74

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

* All of your recent checks may not be on this statement, either because they haven't cleared yet or they were listed on one of your previous statements.

^ An image of this check may be available for you to view on Chase.com.



## ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 03/03 | Card Purchase | 03/02 Radioshack Cor▇▇6798 Herkimer NY Card 3513 | $14.06 |
| 03/03 | Card Purchase | 03/02 Radioshack Cor▇▇6798 Herkimer NY Card 3513 | 2.17 |
| 03/06 | Card Purchase | 03/03 Lowes #02400* Herkimer NY Card 3513 | 383.32 |
| 03/23 | Card Purchase | 03/22 Dollar Tree Herkimer NY Card 3513 | 3.25 |
| 03/23 | Card Purchase | 03/22 Wm Supercenter #2285 Herkimer NY Card 3513 | 19.84 |
| 03/30 | Card Purchase | 03/29 Salvatores Pizzeria Herkimer NY Card 3513 | 42.47 |

**Total ATM & Debit Card Withdrawals**　　　　　　　　　　　　　　$465.11

## ATM & DEBIT CARD SUMMARY

David G Hartnett  Card 3513

| | |
|---|---|
| Total ATM Withdrawals & Debits | $0.00 |
| Total Card Purchases | $465.11 |
| Total Card Deposits & Credits | $0.00 |

ATM & Debit Card Totals

| | |
|---|---|
| Total ATM Withdrawals & Debits | $0.00 |
| Total Card Purchases | $465.11 |
| Total Card Deposits & Credits | $0.00 |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/06 | 03/06 Online Transfer To Chk ...5027 Transaction#: 6057303861 | $2,632.46 |
| 03/06 | 03/06 Online Transfer To Chk ...1397 Transaction#: 6057308050 | 1,875.78 |
| 03/06 | 03/06 Online Transfer To Chk ...3907 Transaction#: 6057311281 | 200.00 |
| 03/08 | 03/08 Online Transfer To Chk ...1397 Transaction#: 6062007032 | 920.00 |
| 03/08 | 03/08 Online Transfer To Chk ...5001 Transaction#: 6062075750 | 18,000.00 |
| 03/09 | 03/09 Online Transfer To Chk ...1397 Transaction#: 6064776021 | 1,079.00 |
| 03/22 | 03/22 Online Transfer To Chk ...5001 Transaction#: 6094333311 | 21,000.00 |



March 01, 2017 through March 31, 2017

Account Number: 7006

## ELECTRONIC WITHDRAWALS *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/23 | 03/23 Online Transfer To Chk ...5027 Transaction#: 6096466986 | 1,441.65 |
| 03/27 | 03/27 Online Transfer To Chk ...1397 Transaction#: 6105060321 | 1,585.03 |
| 03/27 | 03/27 Online Transfer To Chk ...3907 Transaction#: 6105068578 | 200.00 |
| 03/27 | 03/27 Online Transfer To Chk ...5027 Transaction#: 6105072499 | 1,414.00 |
| 03/31 | 03/31 Online Transfer To Chk ...1397 Transaction#: 6115426185 | 443.28 |
| **Total Electronic Withdrawals** | | **$50,791.20** |

## FEES

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/03 | Service Charges For The Month of February | $20.00 |
| **Total Fees** | | **$20.00** |

## DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT | DATE | AMOUNT |
|---|---|---|---|---|---|
| 03/01 | $73,235.71 | 03/09 | 68,409.92 | 03/23 | 105,806.67 |
| 03/03 | 106,804.20 | 03/10 | 103,966.30 | 03/27 | 109,352.83 |
| 03/06 | 100,738.39 | 03/13 | 103,924.31 | 03/29 | 109,302.31 |
| 03/07 | 88,144.92 | 03/16 | 118,127.31 | 03/30 | 109,259.84 |
| 03/08 | 70,028.92 | 03/22 | 97,082.52 | 03/31 | 118,706.07 |

## SERVICE CHARGE SUMMARY

| | |
|---|---|
| Maintenance Fee | $20.00 |
| Excess Product Fees | $0.00 |
| Other Service Charges | $0.00 |
| **Total Service Charges** | **$20.00**  Will be assessed on 4/5/17 |

| TRANSACTIONS FOR SERVICE FEE CALCULATION | NUMBER OF TRANSACTIONS |
|---|---|
| Checks Paid / Debits | 16 |
| Deposits / Credits | 55 |
| Deposited Items | 50 |
| **Total Transactions** | **121** |



March 01, 2017 through March 31, 2017

Account Number: 7006

## SERVICE CHARGE DETAIL

| DESCRIPTION | VOLUME | ALLOWED | CHARGED | PRICE/ UNIT | TOTAL |
|---|---|---|---|---|---|
| Your Product Includes: | | | | | |
| ACCOUNT 7006 | | | | | |
| Monthly Service Fee | 1 | | | $20.00 | $20.00 |
| Transactions | 121 | 350 | 0 | $0.00 | $0.00 |
| Cash Deposited | | | | | |
| Branch Deposit - Immediate Verification | $3,065 | $20,000 | $0 | $0.0025 | $0.00 |
| Total Service Charge (Will be assessed on 4/5/17) | | | | | $20.00 |
| ACCOUNT 7006 | | | | | |
| Monthly Service Fee | 1 | | | | |
| Transactions | 121 | | | | |
| Cash Deposited | | | | | |
| Branch Deposit - Immediate Verification | $3,065 | | | | |



**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call or write us at the phone number or address on the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.    We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:
- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation .

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.

 JPMorgan Chase Bank, N.A. Member FDIC

**CHASE**

JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265 - 9754

March 01, 2017 through March 31, 2017
Account Number: 5001

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | www.Chase.com |
| Service Center: | 1-877-425-8100 |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00001950 DRE 001 212 09517 NNNNNNNNNNN 1 000000000 D2 0000
HOMELIFE AT FOLTS-CLAXTON LLC
PAYROLL ACCOUNT
13 E WINTER ST
DELAWARE OH 43015-1978



## CHECKING SUMMARY

Chase Performance Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | $2,316.32 |
| Deposits and Additions | 2 | 39,000.00 |
| Electronic Withdrawals | 7 | -38,564.73 |
| Fees | 1 | -20.00 |
| **Ending Balance** | **10** | **$2,731.59** |

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/08 | Online Transfer From Chk ...7006 Transaction#: 6062075750 | $18,000.00 |
| 03/22 | Online Transfer From Chk ...7006 Transaction#: 6094333311 | 21,000.00 |
| **Total Deposits and Additions** | | **$39,000.00** |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/09 | ADP Wage Pay    Wage Pay    842TX0 CCD ID:    6057 | $13,117.78 |
| 03/09 | ADP Tax         ADP Tax    09TX0    10A01 CCD ID:    6057 | 4,847.31 |
| 03/09 | ADP Wage Garn   Wage Garn    2843TX0 CCD ID:    6057 | 23.00 |
| 03/23 | ADP Wage Pay    Wage Pay    8167TX0 CCD ID:    6057 | 13,933.78 |
| 03/23 | ADP Tax         ADP Tax    09TX0    12A01 CCD ID:    6057 | 6,451.14 |
| 03/23 | ADP Wage Garn   Wage Garn    8168TX0 CCD ID:    6057 | 23.00 |
| 03/24 | ADP Tax         ADP Tax    09TX0    741Vv CCD ID:    6057 | 168.72 |
| **Total Electronic Withdrawals** | | **$38,564.73** |

## FEES

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/03 | Service Charges For The Month of February | $20.00 |
| **Total Fees** | | **$20.00** |

You were charged a monthly service fee of $20.00 this period. You can avoid this fee in the future by maintaining a relationship balance (combined business deposits) of $50,000.00. Your relationship balance was $3,679.00.

Page 1 of 2



March 01, 2017 through March 31, 2017

Account Number: █████████5001

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|---|---|
| 03/03 | $2,296.32 |
| 03/08 | 20,296.32 |
| 03/09 | 2,308.23 |
| 03/22 | 23,308.23 |
| 03/23 | 2,900.31 |
| 03/24 | 2,731.59 |

## SERVICE CHARGE SUMMARY

| | |
|---|---|
| Maintenance Fee | $20.00 |
| Excess Product Fees | $0.00 |
| Other Service Charges | $0.00 |
| **Total Service Charges** | **$20.00** Will be assessed on 4/5/17 |

| TRANSACTIONS FOR SERVICE FEE CALCULATION | NUMBER OF TRANSACTIONS |
|---|---|
| Checks Paid / Debits | 7 |
| Deposits / Credits | 0 |
| Deposited Items | 0 |
| **Total Transactions** | **7** |

## SERVICE CHARGE DETAIL

| DESCRIPTION | VOLUME | ALLOWED | CHARGED | PRICE/ UNIT | TOTAL |
|---|---|---|---|---|---|
| Your Product Includes: | | | | | |
| ACCOUNT ███████5001 | | | | | |
| Monthly Service Fee | 1 | | | $20.00 | $20.00 |
| Transactions | 7 | 350 | 0 | $0.00 | $0.00 |
| Total Service Charge (Will be assessed on 4/5/17) | | | | | $20.00 |
| ACCOUNT ███████5001 | | | | | |
| Monthly Service Fee | 1 | | | | |
| Transactions | 7 | | | | |

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call or write us at the phone number or address on the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.   We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:
- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation .

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.

 JPMorgan Chase Bank, N.A. Member FDIC

HomelifeatFoltsClaxton
INCOME STATEMENT
3/1/2017 - 03/31/2017

### Income

| | |
|---|---:|
| CONT ALLOW MDCD | 2,094.10 |
| PT- CAID | 1,454.00 |
| DEFFERED REVENUES | -18,075.07 |
| INC PRIVATE R&B | 123,486.90 |
| INC PVT CONT ALLOW | 4,956.00 |
| INCOME PVT AMBULANCE | 610.00 |
| RENT INCOME | 1,864.00 |
| INTEREST INCOME | 0.83 |
| Total Income | $116,390.76 |

### Expense

| | |
|---|---:|
| P/R ADMINISTRATOR | 6,446.49 |
| PR HUMAN RESOURCES | 1,249.88 |
| P/R CONTROLLER | 1,093.13 |
| PR OFFICE ADMIN - CLERICAL | 4,021.75 |
| P/R OFFICE FISCAL | 5,622.42 |
| P/R CENTRAL SUPPLIES | 881.64 |
| P/R SOCIAL SERVICE | 3,813.73 |
| P/R REC SUPV | 654.00 |
| P/R ACTIVITY AIDES | 5,890.00 |
| PR HOSPITALITY AIDES | 0.00 |
| PR RESIDENT COMPANION | 8,619.34 |
| P/R FOOD SERVICE ADM | 1,132.13 |
| P/R DIETARY AIDES | -400.32 |
| P/R COOKS | 2,551.89 |
| P/R HOUSEKEEPING DIR | 591.24 |
| P/R HOUSEKEEP AIDES | 3,698.20 |
| P/R LAUNDRY | 2,892.16 |
| P/R MAIN AIDES | 3,143.31 |
| ACTIVITIES-SUPPLIES | 44.79 |
| PATIENT FOOD | 11,042.51 |
| MAINT-SUPPLIES | 406.41 |
| MAINT PURCHASE SVC | 923.78 |
| MAINT PURCH SVC GARBAGE | 676.97 |
| ELECTRIC | 2,788.79 |
| GAS | 891.48 |
| SOFTWARE FEES | 16.23 |
| BANK CHARGES | 40.00 |
| ADM SVC SUPPLIES | 994.95 |
| TELEPHONE | 536.34 |
| RECEIVERSHIP FEES | 6,469.36 |
| INSURANCE | 21,430.55 |
| WATER & SEWER CHGS | 1,931.94 |
| DEPR FIXED EQUIP | 16,027.00 |
| EMPLOYEE BENEFITS | -1,664.25 |
| ADC - EMPLOYEE BENEFITS | -232.42 |
| WORKERS COMP | 2,500.00 |
| FICA EXPENSE | 5,933.64 |
| SUI | 1,290.52 |
| FUI | 257.22 |
| DISABILITY EXPENSE | 107.49 |
| Total Expense | $124,314.29 |
| Net Income (Loss) | ($7,923.53) |

**Homelife at Folts**

HomelifeatFoltsClaxton
BALANCE SHEET
As of 03/31/2017

### Homelife at Folts Claxton

#### Assets

| | |
|---|---:|
| CHASE OPERATING | 115,062.12 |
| CLAXTON PR 5001 | 2,731.59 |
| Patient Funds Check Book 5027 | 46,633.87 |
| Accounts Receivable | 71,826.70 |
| PPD. INS. PKG & OTH. | 10,272.69 |
| Prepaid Legal Fees | 22,500.00 |
| LAND | 36,081.00 |
| BUILDINGS | 6,726,671.00 |
| LEASHLD IMPROVEMENTS | 479,506.00 |
| MAJOR MOVEABLE EQUIP | 562,365.51 |
| ADC ORGANIZATION COST | 423,507.00 |
| ACCUM DEPR - BUILDING | -3,158,817.00 |
| ACC AMORT LHI | -477,913.00 |
| ACC DEPR FIXED EQUIP | -232,928.00 |
| ACCU DEPR MOV EQUIP | -539,051.00 |
| ACC AMORT ORG COSTS | -151,995.00 |
| *Total Assets* | $3,936,453.48 |

#### Liabilities

| | |
|---|---:|
| ACCOUNTS PAYABLE | 2,161.26 |
| DUE TO FOLTS | 261,932.22 |
| LOAN PAYABLE - BANK | 6,722,156.68 |
| LOANS & EXCHANGE | 35,018.00 |
| PATIENT FUND LIABILI | 46,633.87 |
| ACCRUED MTG INTEREST | 395,600.00 |
| ACCRUED PAYROLL | 19,031.67 |
| ACCRUED PTO LIABILITY | 4,775.78 |
| *Total Liabilities* | $7,487,309.48 |

#### Capital

| | |
|---|---:|
| RETAINED EARNINGS | -3,539,261.83 |
| *Total Capital* | ($3,539,261.83) |
| | |
| Income (Loss) | ($11,594.17) |
| Total Liabilities and Capital | $3,936,453.48 |

Homelife at Folts

In re Folts Adult Home, Inc.  
**Debtor**

Case No. 17-60140  
Reporting Period: 3/1/17 - 3/31/17

## STATUS OF POST-PETITION TAXES**

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero.
Attach photocopies of IRS Form 6123 or payment receipt to verify payment or deposit of federal payroll taxes.
Attach photocopies of any tax returns filed during the reporting period.

| Federal | Beginning Tax | Amount Withheld and/or Accrued | Amount Paid | Date Paid | Check # or EFT | Ending Tax |
|---|---|---|---|---|---|---|
| Withholding | | | | | | |
| FICA-Employee | | | | | | |
| FICA-Employer | | | | | | |
| Unemployment | | | | | | |
| Income | | | | | | |
| Other: | | | | | | |
| Total Federal Taxes | | | | | | |
| **State and Local** | | | | | | |
| Withholding | | | | | | |
| Sales | | | | | | |
| Excise | | | | | | |
| Unemployment | | | | | | |
| Real Property | | | | | | |
| Personal Property | | | | | | |
| Other: | | | | | | |
| Total State and Local | | | | | | |
| **Total Taxes** | | | | | | |

## ** Taxes are current and are paid through ADP Payroll Service

### SUMMARY OF UNPAID POST-PETITION DEBTS

Attach aged listing of accounts payable.

**Number of Days Past Due**

| | Current | 0-30 | 31-60 | 61-90 | Over 91 | Total |
|---|---|---|---|---|---|---|
| Accounts Payable | | | | | | |
| Wages Payable | | | | | | |
| Taxes Payable | | | | | | |
| Rent/Leases-Building | | | | | | |
| Rent/Leases-Equipment | | | | | | |
| Secured Debt/Adequate Protection Payments | | | | | | |
| Professional Fees | | | | | | |
| Amounts Due to Insiders | | | | | | |
| Other: | | | | | | |
| Other: | | | | | | |
| Total Post-petition Debts | | | | | | |

**Explain how and when the Debtor intends to pay any past due post-petition debts.**

FORM MOR-4
2/2008
PAGE 1 OF 1

Monday, May 15, 2017 10:09:31 AM

Homelife at Folts Claxton

Page 1 of 1 Pages

Aging schedule as of 03/31/2017.

| Vendor | Future | Mar | Feb | Jan | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Prior | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Bonadio & Co., LLP | 0.00 | 0.00 | 0.00 | 0.00 | 1,500.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,500.00 |
| CDPHP UNIVERSAL BENE | 0.00 | 661.26 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 661.26 |
| Totals | 0.00 | 661.26 | 0.00 | 0.00 | 1,500.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,161.26 |

Homelife at Folts

In re Folts Adult Home, Inc.
**Debtor**

Case No. 17-60140
Reporting Period: 3/1/17 - 3/31/17

## ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | Amount |
|---|---|
| Total Accounts Receivable at the beginning of the reporting period | |
| Plus: Amounts billed during the period | |
| Less: Amounts collected during the period | |
| Total Accounts Receivable at the end of the reporting period | See Attached |

| Accounts Receivable Aging | 0-30 Days | 31-60 Days | 61-90 Days | 91+ Days | Total |
|---|---|---|---|---|---|
| 0 - 30 days old | | | | | |
| 31 - 60 days old | | | | | |
| 61 - 90 days old | | | | | |
| 91+ days old | | | | | |
| Total Accounts Receivable | | | | | |
| Less: Bad Debts (Amount considered uncollectible) | | | | | |
| Net Accounts Receivable | | | | | |

## TAXES RECONCILIATION AND AGING

| Taxes Payable | 0-30 Days | 31-60 Days | 61-90 Days | 91+ Days | Total |
|---|---|---|---|---|---|
| 0 - 30 days old | | | | | |
| 31 - 60 days old | | | | | |
| 61 - 90 days old | | | | | |
| 91+ days old | | | | | |
| Total Taxes Payable | | | | | |
| Total Accounts Payable | | | | | |

FORM MOR-5
2/2008
PAGE 1 OF 1

Print Date: 04/28/2017  1:21pm

HOMELIFE AT FOLTS CLAXTON
ACCOUNTS RECEIVABLE AGING REPORT

| | |
|---|---:|
| 101 PRIVATE ANCIL | $71,398.72 |
| 31 PRIVATE | $4,367.34 |
| 33 SUBSIDIZED RE | ($3,939.36) |
| Grand Totals | $71,826.70 |

8

In re Folts Adult Home, Inc.  
Debtor

Case No. 17-60140  
Reporting Period: 3/1/17 - 3/31/17

## PAYMENTS TO INSIDERS AND PROFESSIONALS

Of the total disbursements shown on the Cash Receipts and Disbursements Report (MOR-1) list the amount paid to insiders (as defined in Section 101(31) (A)-(F) of the U.S. Bankruptcy Code) and to professionals. For payments to insiders, identify the type of compensation paid (e.g. Salary, Bonus, Commissions, Insurance, Housing Allowance, Travel, Car Allowance, Etc.). Attach additional sheets if necessary.

| INSIDERS | | | |
|---|---|---|---|
| NAME | TYPE OF PAYMENT | AMOUNT PAID | TOTAL PAID TO DATE |
| HomeLife Companies | Receiver Fee | $6,255.00 | $12,510.00 |
| HomeLife Companies | Expense Reimbursement | $214.36 | $1,736.97 |
| | | | |
| | | | |
| | | | |
| | | | |
| | TOTAL PAYMENTS TO INSIDERS | $6,469.36 | $14,246.97 |

| PROFESSIONALS | | | | | |
|---|---|---|---|---|---|
| NAME | DATE OF COURT ORDER AUTHORIZING PAYMENT | AMOUNT APPROVED | AMOUNT PAID | TOTAL PAID TO DATE | TOTAL INCURRED & UNPAID* |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| TOTAL PAYMENTS TO PROFESSIONALS | | | | | |

* INCLUDE ALL FEES INCURRED, BOTH APPROVED AND UNAPPROVED

### POST-PETITION STATUS OF SECURED NOTES, LEASES PAYABLE AND ADEQUATE PROTECTION PAYMENTS

| NAME OF CREDITOR | SCHEDULED MONTHLY PAYMENT DUE | AMOUNT PAID DURING MONTH | TOTAL UNPAID POST-PETITION |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | TOTAL PAYMENTS | | |

In re Folts Adult Home, Inc.      Case No. 17-60140
     Debtor      Reporting Period: 3/1/17 - 3/31/17

# DEBTOR QUESTIONNAIRE

| | Must be completed each month. If the answer to any of the questions is "Yes", provide a detailed explanation of each item. Attach additional sheets if necessary. | Yes | No |
|---|---|---|---|
| 1 | Have any assets been sold or transferred outside the normal course of business this reporting period? | | X |
| 2 | Have any funds been disbursed from any account other than a debtor in possession account this reporting period? **(Bank Account is in the name of the Receiver)** | X | |
| 3 | Is the Debtor delinquent in the timely filing of any post-petition tax returns? | | X |
| 4 | Are workers compensation, general liability or other necessary insurance coverages expired or cancelled, or has the debtor received notice of expiration or cancellation of such policies? | | X |
| 5 | Is the Debtor delinquent in paying any insurance premium payment? | | X |
| 6 | Have any payments been made on pre-petition liabilities this reporting period? **(Payments paid by Receiver)** | X | |
| 7 | Are any post petition receivables (accounts, notes or loans) due from related parties? | | X |
| 8 | Are any post petition payroll taxes past due? | | X |
| 9 | Are any post petition State or Federal income taxes past due? | | X |
| 10 | Are any post petition real estate taxes past due? | | X |
| 11 | Are any other post petition taxes past due? | | X |
| 12 | Have any pre-petition taxes been paid during this reporting period? | | X |
| 13 | Are any amounts owed to post petition creditors delinquent? | | X |
| 14 | Are any wage payments past due? | | X |
| 15 | Have any post petition loans been been received by the Debtor from any party? | | X |
| 16 | Is the Debtor delinquent in paying any U.S. Trustee fees? | | X |
| 17 | Is the Debtor delinquent with any court ordered payments to attorneys or other professionals? | | X |
| 18 | Have the owners or shareholders received any compensation outside of the normal course of business? | | X |