So Ordered.

_____

Diane Davis

Signed this 6 day of June, 2017.                    United States Bankruptcy Judge


UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In re:                                                          Case No. 17-60139
                                                                (Main Case)
      FOLTS HOME, *et al*,[1]                       Case No. 17-60140
                                                                Chapter 11 Case
                        Debtors.
                                                                Jointly Administered


### ORDER GRANTING MOTION BY DEBTORS
### TO EXTEND THEIR EXCLUSIVE PERIODS AND
### ACCEPTANCE PERIODS UNDER 11 U.S.C. § 1121(d)


     Folts Home and Folts Adult Home, Inc. (collectively, the "Debtors"), having moved for

an Order pursuant to 11 U.S.C. § 1121(d) extending the Debtors' exclusive and acceptance

periods until October 14, 2017 and December 13, 2017, respectively, and granting such other and

further relief as the Court deems just and proper.

     **NOW**, upon reading and filing the Notice of Motion by Debtors to Extend Their

Exclusive Periods and Acceptance Periods Under 11 U.S.C. § 1121(d) dated May 2, 2017 and

---

[1]   The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification
number, are:  Folts Home (2183) and Folts Adult Home, Inc. (7237).

1

the Motion by Debtors to Extend Their Exclusive Periods and Acceptance Periods Under 11

U.S.C. § 1121(d) dated May 2, 2017 (the "Motion") in support of the relief requested; and no

opposition to the relief requested having been filed; and there being no appearances before the

Court in connection with the Motion; and due consideration of the Motion having been had; it is

hereby

     **ORDERED**, that the Debtors' Motion to extend their exclusive and acceptance periods is

granted in its entirety pursuant to 11 U.S.C. § 1121(d); and it is further

     **ORDERED**, that the period during which the Debtors have the exclusive right to file a

chapter 11 plan or plans is extended through and including October 14, 2017; and it is further

     **ORDERED**, that the period during which the Debtors have the exclusive right to solicit

acceptances of their chapter 11 plan or plans is extended through and including December 13,

2017; and it is further

     **ORDERED**, that the relief granted herein is without prejudice to the Debtors making

applications for further extensions of their exclusive and acceptance periods based upon cause

shown; and it is further

     **ORDERED**, that this Court shall retain jurisdiction to hear and determine all matters

arising from the implementation of this Order.

# # #

2914518.1 5/24/2017