UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In re:

    FOLTS HOME, *et al*[1],

                                    Debtors.

Case No. 17-60139
(Main Case)
Case No. 17-60140
Chapter 11 Case

Jointly Administered

Hon. Diane Davis, U.S. Bankruptcy Judge

**ORDER DENYING MOTION FOR TURNOVER OF PROPERTY OF THE DEBTORS' ESTATES**

**WHEREAS**, Folts Home and Folts Adult Home, Inc. (collectively "Debtors") filed a Motion for Turnover of Property of the Debtors' Estates on May 30, 2017 (ECF No. 140); and

**WHEREAS**, the United States of America filed an objection to the motion on June 13, 2017 (ECF No. 158); and

**WHEREAS**, a hearing having been held on Debtors' motion on June 20, 2017, with appearances by Debtors and the United States of America;

It is hereby

**ORDERED**, that the motion is denied for the reasons stated on the record.

It is SO ORDERED.

Dated: June 20, 2017
       Utica, New York

                                                Hon. Diane Davis
                                                U.S. Bankruptcy Judge

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Folts Home (2183) and Folts Adult Home, Inc. (7237).